# Exhibit 13

```
<!DOCTYPE HTML>
<html lang="en">
<head>
<meta content="width=device-width, initial-scale=1.0" name="viewport">
<meta http-equiv="Content-Type" content="text/html; charset=utf-8" />
<title>Sugar Daddy & Sugar Babies in the News | SugarDaddyMeet</title>
<meta name="keywords" content="Sugar Daddy Dating, Sugar Babies, Seeking Arrangement, News" />
<meta name="description" content="SugarDaddyMeet is the leading luxury dating site for sugar daddies and sugar babies, SugarDaddyMeet welcomes all press, news and media coverage." />

<link type="text/css" href="https://aws-static.tmatch.com/v-path/201903070001/common/en/default.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007140001/common-pc/css/lib.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007140001/common-de/all.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/201903070001/common-pc/css/font_icon.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007210004/common-pc/css/swiper.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007220001/common-new/search_menu_v1.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007050001/common-pc/nav/topmainnav.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007190001/common-pc/nav/topmainnav-unlogin.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007250001/forum/forum.css" rel="stylesheet">

<link rel="shortcut icon" href="https://aws-static.tmatch.com/v-path/201903070001/common/favicon_sdm.ico" />
<link rel="apple-touch-icon" href="https://aws-static.tmatch.com/v-path/201903070001/common/favicon_sdm.ico" />

<script type="text/javascript" src="/_catch_err.js"></script>
<script type="text/javascript">
<!--

function url_map_f(p_url) {
    if (p_url.substr(0, 1) != '/') {
        p_url = '/' + p_url;
    }
    return p_url;
}

//-->
</script>
<script src="https://aws-static.tmatch.com/v-path/202005220001/jquery-1.9.1.min.js" type="text/javascript"></script>

<link type="text/css" href="https://aws-static.tmatch.com/v-path/201903070001/jquery.msgbox.css" rel="stylesheet">
<script src="https://aws-static.tmatch.com/v-path/201912300002/jquery-plugins/jquery_plugins.min.js" type="text/javascript"></script>

<script type="text/javascript">
var cur_usr_id = 0;
var engine = 'sdm';
var isAffiliate = 0;
var device_type = 0;
</script>
<script src="https://aws-static.tmatch.com/v-path/202007270002/common-pc/js/common.js" type="text/javascript"></script>

```

```
<script src="https://aws-static.tmatch.com/v-path/202007210001/common-pc/js/popup_img.js"
type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/202007270001/svg-symbol.js"
type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/202003180002/jquery-
plugins/popup/js/newPopup.js" type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/201911220001/jquery-
plugins/popup/js/popup.min.js" type="text/javascript"></script>

<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007200001/jquery-
plugins/popup/css/popup.min.css" rel="stylesheet">
<script src="https://aws-static.tmatch.com/v-path/201903070001/jquery-plugins/jquery.form.min.js"
type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/201903070001/jquery-
plugins/jquery.jscrollpane.min.js" type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/201903070001/jquery-
plugins/jquery.mousewheel.js" type="text/javascript"></script>

<link type="text/css" href="https://aws-static.tmatch.com/v-path/201903070001/jquery-
plugins/jquery.jscrollpane.codrops2.css" rel="stylesheet" media="all">
<script src="https://aws-static.tmatch.com/v-path/202005290001/common-pc/js/jquery.ui.touch-
punch.js" type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/202007210001/common-pc/js/swiper.min.js"
type="text/javascript"></script>

<script src="https://aws-static.tmatch.com/v-path/202006150001/jquery-
plugins/fingerprintjs2/fingerprint2.min.js" type="text/javascript"></script>

<link type="text/css" href="https://aws-static.tmatch.com/v-path/202005300001/popup-
img/popup_img.css" rel="stylesheet">
<script type="text/javascript">
jQuery(document).ready(function() {
    if (localStorage) {
        localStorage.removeItem('im_login');
        localStorage.removeItem('connect_rid');
        localStorage.removeItem('unread_msg_cnt');
        localStorage.removeItem('unread_msg');
        localStorage.removeItem('invitation_msg');
        localStorage.removeItem('user_profiles');
        localStorage.removeItem('im_auth_token');
    }
});
</script>

<script type="text/javascript">
var cur_usr_id = 0;
var isGuest = 1;
var engine = "sdm";

function adjust_footer_margin_top(head, main, footer) {
    let wind_height = $(window).height(),
    head_height = $(head).height() || 0,
    main_height = $(main).height(),
    foot_height = $(footer).height();
    if (head_height + main_height + foot_height < wind_height) {
        let mg = wind_height - (head_height + main_height + foot_height + 1);
        $(footer).css('margin-top', mg);
    }
```

```
}
function send_mixpanel_track(event, data){
    if(typeof mixpanel    "object"){
        mixpanel.track(event, data);
    }
}
function send palmax track(){
    if(typeof gtag_report_conversion == "function"){
       gtag_report_conversion();
    }
}
jQuery(document).ready(function() {
    if ($('.mm_Anniversary_nav').length > 0 && $('.page_container').length > 0 && $('.hp_footer').length > 0)
        adjust footer margin top(".mm Anniversary nav", ".page container", ".hp footer");

    if (typeof $.popup === 'function') {
        $.popup().customDefaults({
            autoClose:false,
        });
    }
    if ( $('.user_info_descr_middle').length > 0 && $('.user info descr middle').find('.user certified logo').length   0 ) {
        $('.user_info_descr_middle').find('table').each(function( index ) {
            var tr_len = $( this ).find('tr').length;
            if (tr_len < 6) {
                var m top   '35px';
                if ( tr_len == 4 ) {
                    m_top = '60px';
                } else if ( tr_len == 3 ) {
                    m top   '85px';
                } else if ( tr_len == 2 ) {
                    m_top = '110px';
                }
                $( this ).closest( '.user info descr middle' ).find('.user_certified_logo').css('margin-top', m_top);
            }
            $( this ).closest( '.user_info_descr_middle' ).find('.user certified logo').css('margin left', ' 160px');
        });
    }

    if ( $('.d not available').length   0 ) {
        $('.d_not_available').find('table').find('a').not('.pointer_auto').removeAttr("onclick").removeAttr("target").attr("href", "javascript: void(0);").addClass("a_disabled");
        $('.d not available').find('table').find('a.pointer auto').css("pointer events", "auto");
    }

    $('.footer_service_agreement_link, .footer_privacy_policy_link, .index foot privacy link').click(function(e){
        var curObj  = $(e.currentTarget);
        var url = curObj.attr('href'), name = curObj.text();
        e.preventDefault();

        PopUp(url, name, 500, 500, 'yes')
        return false;
    });

    $(document).on('contextmenu', "img:not([save='enable']), #result_member_list .user_image", function(){
        return false;
    });

```

```
    match_select_check( $("select[name=match_age_min]"), 18, $("select[name=match_age_max]"), 18 );
    match_select_check( $("select[name=match_age_min]").filter(":visible"), 18, $("select[name=match_age_max]").filter(":visible"), 18 );
    match_select_check( $("select[name=match_height_min_all]"), 4, $("select[name=match_height_max_all]"), 34 );
    match_select_check( $("select[name=match_weight_min]"), 88, $("select[name=match_weight_max]"), 480 );
});

window.addEventListener('load', function (){
    if ($('#unread_notification_cnt').length > 0) {
        get_new_unread_notifications();
    }
});
</script>

<script>
var fb_status, fb_response;

window.addEventListener('load', function (){
    var fbt = $.find("*[onclick *= 'fbLogin()']");
    if (fbt.length > 0) {
        window.fbAsyncInit = function() {
            FB.init({
                appId: '310959928962215',
                cookie: true,
                xfbml: true,
                version: 'v3.2'
            });

            FB.AppEvents.logPageView();
            FB.getLoginStatus(function(response) { fb_status = response.status; fb_response = response });
        };

        (function(d, s, id) {
            var js, fjs = d.getElementsByTagName(s)[0];
            if (d.getElementById(id)) {
                return;
            }
            js = d.createElement(s);
            js.id = id;
            js.src = "https://connect.facebook.net/en_US/sdk.js";
            fjs.parentNode.insertBefore(js, fjs);
        }(document, 'script', 'facebook-jssdk'));

    }

});

function fbLogin() {
    if (fb_status === 'connected') {
        fb_login_by_token(fb_response);
    } else {
        FB.login(function(response){
            fb_login_by_token(response);
        }, {
            scope: 'user_birthday,email,user_photos,user_location,user_gender'
        });
    }
}
function fb_login_by_token(response) {
    if (response.authResponse) {
        $.ajax({
```

```
            url: '/fb/fb_login_by_token_',
            type: 'POST',
            data: {
                access_token: response.authResponse.accessToken
            },
            dataType: 'json',
            success: function(data) {
                if (data.ret == 1) {
                    window.location.href = data.redirect_url;
                } else {
                    if (data.errmsg) {
                        alert(data.errmsg);
                    } else if (data.redirect_url) {
                        window.location.href = data.redirect_url;
                    } else {
                        alert('wrong token');
                    }
                }
            }
        });
    } else {
        //alert('User cancelled login or did not fully authorize.');
    }
}
</script>

<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007280001/common-pc/css/common.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/201912250002/common-pc/css/style.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202006240002/common-pc/css/layout.min.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007270001/common-pc/css/sdm/special.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202007160001/common-pc/css/theme_style.css" rel="stylesheet">
<link type="text/css" href="https://aws-static.tmatch.com/v-path/202006240001/common-pc/css/adapting_unlogin.css" rel="stylesheet">
<script >
window.addEventListener('load', function (){
    (function(i,s,o,g,r,a,m){i['GoogleAnalyticsObject']=r;i[r]=i[r]||function(){
    (i[r].q=i[r].q||[]).push(arguments)},i[r].l=1*new Date();a=s.createElement(o),
    m=s.getElementsByTagName(o)[0];a.async=1;a.src=g;m.parentNode.insertBefore(a,m)
    })(window,document,'script','//www.google-analytics.com/analytics.js','ga');

    ga('create', 'UA-30728055-1', {
       'cookieDomain': 'sugardaddymeet.com',
       'siteSpeedSampleRate': 100,
       'allowLinker': true
    });

    ga('send', 'pageview');

});
</script>

<script type="text/javascript">
function analytics_event_tracking(category, action, optional_label, optional_value) {
    if (action && ("undefined" !== typeof ga)) {
        ga('send', 'event', (category || 'UNLOGIN_USER'), action, optional_label, optional_value);
```

```
    }
}
 /script

</head>
<body ondragstart="return false" class="press">
<script type="text/javascript">
$(document).bind('click touchstart', function(e) {
    return
});
window.onload = function(){
    if( $("body").height() $(window).height() ) {
        $(".c-nav-wrap").css({"position":"relative","min-width":"1053px"});
        $("#wrapper").css("margin-top","10px");
        $(".c-nav-wrap .nav-container").css("background","#fff");
    }
}
</script>

 div class "c nav wrap mm Anniversary nav "
     <div class="mm_Anniversary_tips" style="display: block;">NO.1 UPSCALE SUGAR DADDY DATING
SITE</div>
    <div class="nav-container nav-unlogin">
         div class "nav logo box unlogin nav logo box"
            <a href="https://www.sugardaddymeet.com/" alt="Sugar Daddy Dating" title="" >
                <svg class="svg-icon" aria-hidden="true">
                    <use xlink:href="#icon-logo_sdm"></use>
                 /svg
            </a>
        </div>

 div class "nav group"
    <ul>
        <li >
            <a href="https://www.sugardaddymeet.com/">
                 div class "nav icon nav home"  /div
                <div class="nav-category">HOME</div>
            </a>
        </li>
         li
            <a href="https://www.sugardaddymeet.com/guest?tid=affc">
                <div class="nav-icon nav-search"></div>
                <div class="nav-category">DISCOVER</div>
             /a
        </li>
        <li >
            <a href="https://www.sugardaddymeet.com/blogs">
                 div class "nav icon nav blog"  /div
                <div class="nav-category">BLOGS</div>
            </a>
        </li>
         li
            <a href="https://www.sugardaddymeet.com/faq">
                <div class="nav-icon nav-help"></div>
                <div class="nav-category">HELP / FAQ</div>
             /a
        </li>
    </ul>
</div>
 div class "nav sign"
    <a href="https://www.sugardaddymeet.com/login" class="sign-in new_button_common">SIGN IN</a>
    <a href="https://www.sugardaddymeet.com/guest?tid=affc" class="bt_free_sign_up
```

```
a_button_deepcolor">FREE SIGN UP</a>
</div>
<div class="nav-mobile-button">
    <button class="nav_btn" onclick="$('.nav-mobile-group').toggle();">
        <span></span>
        <span></span>
        <span></span>
    </button>
</div>
<div class="nav-mobile-group">
    <ul>
        <li>
            <a href="https://www.sugardaddymeet.com/">HOME</a>
        </li>
        <li>
            <a href="https://www.sugardaddymeet.com/guest?tid=affc">FREE SIGN UP</a>
        </li>
        <li>
            <a href="https://www.sugardaddymeet.com/login">SIGN IN</a>
        </li>
        <li>
            <a href="https://www.sugardaddymeet.com/guest?tid=affc">DISCOVER</a>
        </li>
        <li>
            <a href="https://www.sugardaddymeet.com/blogs">BLOGS</a>
        </li>
        <li>
            <a href="https://www.sugardaddymeet.com/faq">HELP / FAQ</a>
        </li>

    </ul>
    <div class="mask" onclick="$('.nav-mobile-group').toggle();"></div>
</div>

    </div>
</div>
<style>
#wrapper {
    margin-top: 120px;
}
.footer-container .switch_to_mobile a:hover{
    color: #fff!important;
}
</style>

<table width="1033" border="0" cellspacing="0" cellpadding="0" align="center"
class="tab_unlogin">
    <tr>
        <td id="wrapper">
            <table cellspacing="0" cellpadding="0" border="0" width="100%"
class="n_mainpage_new">
                <tr>
                    <td align="left" valign="top">
                        <table width="100%" border="0" cellpadding="0" cellspacing="0"
align="center">
                            <tr>
                                <td height="10"></td>
                            </tr>
                        </table>
                        <table width="100%" border="0" cellpadding="0" cellspacing="0"
align="center">
                            <tr>
                                <td>
```

```
                                    <link href="https://aws-static.tmatch.com/v-path/201907100001/sdm/press/press.css" rel="stylesheet" type="text/css">
<div class="press_content_bg">
    <div class="border_bottom"></div>
    <div class="wrapper">
        <h1 class="a_uppercase">Press &amp; Media</h1>
        <p>SugarDaddyMeet welcomes press, news and media coverage.<br /> If you&#39;re interested in our press and media opportunities, please email us or call us.</p>
        <div class="email_phone">
            <p>
                <svg class="svg-icon" aria-hidden="true">
                    <use xlink:href="#icon-email_feedback"></use>
                </svg>
                PressMedia &lt;AT&gt; SugarDaddyMeet.com
            </p>
            <p>
                <svg class="svg-icon" aria-hidden="true">
                    <use xlink:href="#icon-dianhua"></use>
                </svg>
                1- 416 - 628 - 1072
            </p>
        </div>
    </div>
</div>
                                </td>
                            </tr>
                        </table>
                    </td>
                </tr>
            </table>
        </td>
    </tr>
</table>
<style>
body {
    top: 0 !important;
}
.goog-text-highlight {
    background-color: transparent!important;
    -webkit-box-shadow: 0 0px 0px rgba(0, 0, 0, 0)!important;
    -moz-box-shadow: 0 0px 0px rgba(0, 0, 0, 0)!important;
    box-shadow: 0 0px 0px rgba(0, 0, 0, 0)!important;
}

.goog-tooltip {
   display: none!important;
}
.goog-te-banner-frame {
    display:none
}
.goog-te-gadget img {
    display: none;
}
.hp_header .hp_topnav .hp_language {
    position: relative;
    font-family: 'AvenirNextRegular';
    font-size: 16px;
    float: right;
    height: 40px;
    line-height: 40px;
}
.hp_header .hp_topnav .hp_language span {
    position: relative;
    float: none;
    padding: 0;
```

```
    color: #fff;
    padding-right: 20px;
    cursor: pointer;
}
.hp_header .hp_topnav .hp_language span::after {
    height: 8px;
    width: 8px;
    border-left: 2px solid #e3e3e3;
    border-bottom: 2px solid #e3e3e3;
    content: "";
    display: block;
    position: absolute;
    right: 0;
    top: 16%;
    transform: rotate(-45deg);
}
.hp_header .hp_topnav .hp_language .hp_language_list {
    display: none;
    position: absolute;
    background: #fff;
    box-shadow: 0 0 4px 0 rgba(0, 0, 0, 0.2);
    border-radius: 7px;
    padding: 10px 30px;
    font-size: 14px;
    letter-spacing: 0;
    top: 50px;
    left: -30px;
}
.hp_header .hp_topnav .hp_language .hp_language_list::after {
    content: '';
    display: block;
    right: 47%;
    top: -3px;
    width: 0;
    height: 0;
    position: absolute;
    border-style: solid;
    border-width: 5px;
    border-color: #ffffff transparent transparent #ffffff;
    transform: rotate(45deg);
    box-shadow: 4px -3px 6px -3px rgba( 0, 0, 0, .2);
}
.hp_header .hp_topnav .hp_language .hp_language_list li {
    width: 100%;
}
.hp_header .hp_topnav .hp_language .hp_language_list li:hover a {
    opacity: 1;
    text-decoration: underline;
}
.hp_header .hp_topnav .hp_language .hp_language_list a {
    color: #1b1b1b;
    padding: 0;
    height: 30px;
    line-height: 30px;
}
.hp_language_mobile {
    display: none;
    position: absolute;
    left: 54%;
    top: 35px;
    padding-right: 10px;
}
.hp_language_mobile select {
    border: none;
    appearance:none;
```

```
    -moz-appearance:none;
    -webkit-appearance:none;
    background: none;
    color: #fff;
    font-size: 16px;
    font-family: 'AvenirNextRegular';
}
.hp_language_mobile select option {
    color: #1b1b1b;
}
.hp_language_mobile i {
    height: 8px;
    width: 8px;
    border-left: 1px solid #e3e3e3;
    border-bottom: 1px solid #e3e3e3;
    display: block;
    position: absolute;
    right: -3px;
    top: 6px;
    transform: rotate(-45deg);
}
.hp_language_mobile select::-ms-expand {
    display: none;
}
.current_lang, .hp_language_list,.hp_language_mobile {
    text-transform: uppercase;
}
@media screen and (max-width:900px) {
    .hp_language_mobile {
        display: block;
    }
}
</style>
<div id="google_translate_element" style="display:none"></div>
<script>
function changeLanguage(language) {
    var arr = ['/en/en','/en/de','/en/fr','/en/es','/en/pt'];
    if (arr.indexOf(language) >= 0)
    {
        if (language == '/en/en') {
            setCookie("googtrans", "");
            window.location.href = "/press";
        } else {
            setCookie("googtrans", language);
            window.location.reload();
        }
    } else {
        return;
    }
}
function disCurrentLanguage() {
    var lag = $.trim(getCookie("googtrans"));
    var arr = ['/en/en','/en/de','/en/fr','/en/es','/en/pt'];
    var lag_hash = {
        '/en/en' : 'English',
        '/en/de' : 'Deutsche',
        '/en/fr' : 'Français',
        '/en/es' : 'Español',
        '/en/pt' : 'Português',
    }
    if (lag_hash[lag] && lag_hash[lag].length > 0) {
        $("#language_mobile").val(lag);
        $(".current_lang").html(lag_hash[lag]);
    } else if ( !lag ) {
        $("#language_mobile").val('English');
```

```
        $(".current_lang").html(lag_hash[lag]);
    }
}
function googleTranslateElementInit() {
    var body_style = $("body").attr("style");
    new google.translate.TranslateElement(
        {
            pageLanguage: 'en',
            includedLanguages: 'en,de,fr,es,pt',
            layout: google.translate.TranslateElement.InlineLayout.SIMPLE,
            autoDisplay: false,
        },
        'google_translate_element'
    );
    $("body").attr("style", body style || "");
    var has_load_translate = $("#google_translate_element .skiptranslate").length;
    if (has_load_translate>0) {
        disCurrentLanguage();
        var cur lang   $.trim(getCookie("googtrans"));
        if ( (cur_lang == '/en/fr' || cur_lang == '/en/es') && $(".hp_banner .hp_search
h2").length > 0) {
            $(".hp_banner .hp_search h2").css('font-size', '58px');
        }
    } else {
        $(".hp_language_mobile").hide();
        $(".hp_language").hide();
    }
}
function setCookie(name,value)
{
    var Days   30;
    if (!value) Days = -1;
    var exp = new Date();
    exp.setTime(exp.getTime() + Days*24*60*60*1000);
    document.cookie   name + " "+ escape (value) + ";domain .sugardaddymeet.com;path /;expires "
+ exp.toGMTString();
    document.cookie = name + "="+ escape (value) + ";path=/;expires=" + exp.toGMTString();
}
function getCookie(name)
{
    var arr,reg=new RegExp("(^| )"+name+"=([^;]*)(;|$)");
    if(arr=document.cookie.match(reg))
        return unescape(arr[2]);
    else
        return null;
}
 /script
<script id="translate_google_js" src="https://translate.google.com/translate_a/element.js?
&cb=googleTranslateElementInit"></script>

<table cellpadding="0" cellspacing="0" border="0" width="100%" class="hp_footer">
    <tr>
        <td class="footer-container footer_anchor_text">
            <table border="0" cellspacing="0" cellpadding="0" class="footer-nav" align="center"
width="100%">
                <tr>
                    <td>
                        <div class="footer_nav_link">
                            <span><a href="https://www.sugardaddymeet.com/about_us">About Us</a>
</span>
                            <span><a href="https://www.sugardaddymeet.com/feedbacks">Contact Us /
Career</a></span>
```

```
                            <span><a href="https://www.sugardaddymeet.com/sugar-daddy-dating-blog">Blog</a></span>
                            <span><a href="https://www.sugardaddymeet.com/service_agreement" rel="nofollow" class="footer_service_agreement_link">Service Agreement</a></span>
                            <span><a href="https://www.sugardaddymeet.com/privacy_policy_" rel="nofollow" class="footer_privacy_policy_link">Privacy Policy</a></span>
                            <span><a href="https://www.sugardaddymeet.com/feedback?section=customers_suggestions&topic=Suggestion">Suggestion</a></span>
                            <span><a href="https://www.sugardaddymeet.com/success_stories.html">Success Stories</a></span>
                            <span><a href="https://www.sugardaddymeet.com/dating_advices">Dating Advice &amp; Safety Tips</a></span>
                            <span><a href="https://www.sugardaddymeet.com/press">Press &amp; Media</a></span>
                            <span><a href="https://www.SugarDaddyMeet.com/affiliate/" target="_blank">Affiliates</a></span>
                            <span><a href="https://www.sugardaddymeet.com/our_super_fans">SDM Fans</a></span>
                            <span><a href="https://www.sugardaddymeet.com/coronavirus" target="_blank">Coronavirus</a></span>
                            <div class="note_bottom_contain">
                                <p class="note_bottom">
            Copyright &copy; 2007-2020 SugarDaddyMeet.com / SuccessfulMatch.com. All rights reserved.<br />
<div id="foot_banner_list">
    <ul>

    </ul>
</div>
<div style="clear: both;"></div>
<p class="note_bottom">SugarDaddyMeet does not conduct background checks on the members of this website.</p>
<p class="note_bottom">Disclaimer: SugarDaddyMeet is not an escort service. SugarDaddyMeet does not support escorts or prostitution. Profiles that may violate these terms and services will be banned.</p>
</p>
                            </div>
                        </div>
                        <div class="footer_right_link">
                            <link type="text/css" href="https://aws-static.tmatch.com/v-path/201912310001/common-pc/css/footer.css" rel="stylesheet">
<div id="access_monile_note">
        <div id="footer_mobile_apps">
            <p style="font-size: 14px;">GET THE APP</p>
            <a class="footer_google_play" href="https://play.google.com/store/apps/details?id=com.sugardaddydating.sugardaddymeet" target="_blank"></a>
    </div>
    <div class="footer_followus">
    <span><i>FOLLOW US</i></span>
    <a class="icon_facebook" href="https://www.sugardaddymeet.com/out/other/facebook.html" target="_blank" title="Facebook">
        <svg class="svg-icon" aria-hidden="true">
            <use xlink:href="#icon-facebook"></use>
        </svg>
    </a>
    <a class="icon_twitter" href="https://www.sugardaddymeet.com/out/other/twitter.html" target="_blank" title="Twitter">
        <svg class="svg-icon" aria-hidden="true">
            <use xlink:href="#icon-twitter"></use>
        </svg>
    </a>
    <a class="icon_pinterest" href="https://www.sugardaddymeet.com/out/other/pinterest.html" target="_blank" title="Pinterest">
        <svg class="svg-icon" aria-hidden="true">
            <use xlink:href="#icon-pinterest"></use>
```

```
        </svg>
    </a>
    <a class="icon_instagram" href="https://www.sugardaddymeet.com/out/other/instagram.html"
target="_blank" title="Instagram">
        <svg class="svg-icon" aria-hidden="true">
            <use xlink:href="#icon-ins"></use>
        </svg>
    </a>
    </div>
</div>

                        </div>
                        <div>

                        </div>
                    </td>
                </tr>
            </table>
        </td>
    </tr>
</table>

</body>
</html>
```