# Exhibit 14

```
 1  <!DOCTYPE HTML PUBLIC "-//W3C//DTD HTML 4.0 Transitional//EN" >
 2  <html>
 3  <head>
 4  <meta content="IE=EmulateIE7" http-equiv="X-UA-Compatible">
 5  </meta>
 6  <script type="text/javascript">
 7  <!--
 8  window.location.href = "https://www.instagram.com/seekingsweetlovers/"
 9  //-->
10  </script>
11  </head>
12  <body>
13  <p>You will be redirected momentarily. If you are not redirected in 3 seconds, please <a
    href="https://www.instagram.com/seekingsweetlovers/">click here</a>.</p>
14  </body>
15  </html>
16
17
```