# Exhibit 15

Sugar Daddy Meet™ (@seekingsweetlovers) • Instagram photos and videos

## *Instagram*

🔍 Search     🏠 ✈️ 🧭 ♡ 👤



### seekingsweetlovers   [ Follow ] [ ▼ ]   •••

**45** posts     **417** followers     **221** following

**Sugar Daddy Meet™**
The World's Largest Sugar Baby & Sugar Daddy Website for Wealthy Men and Attractive Women Seeking Mutually Beneficial Relationships.
bit.ly/SDMwebsite

   

⊞ POSTS       👤 TAGGED

  

  

# Instagram

🔍 Search





ABOUT    HELP    PRESS    JOBS    API    PRIVACY    TERMS

LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE

© 2020 INSTAGRAM FROM FACEBOOK

*Instagram*



seekingsweetlovers • Follow

seekingsweetlovers A nice dinner with your lover can really make your night. 🖤
Find one today(link in bio)! Good luck 🥰🥰 .
.
.
#seeking #whatareyouseeking #seekingluxury#seekingnotswiping #upgradeyourlife #upgradeyourlifestyle #socialdistancedating

7w

6 likes

JUNE 8

Add a comment...                    Post

More posts from **seekingsweetlovers**









ABOUT    HELP    PRESS    API    JOBS    PRIVACY    TERMS    LOCATIONS    TOP ACCOUNTS    HASHTAGS    LANGUAGE        © 2020 INSTAGRAM FROM FACEBOOK

*Instagram*

seekingsweetlovers • Follow

seekingsweetlovers Take a little
#MeTime to de-stress each day
Meet your sugar love on link in bio.
.
.
.
.
.
.
.
#seeking #whatareyouseeking #seekin
gluxury #seekingonmyterms #seeking
notswiping #upgradeyourlife #upgrad
eyourlifestyle #socialdistancedating #c
artier #popthebubbly #selfcare

6w

alexfeldman14 ❤️

46 views

JUNE 11

Add a comment...                    Post



Instagram



seekingsweetlovers · Follow

seekingsweetlovers A hug a day
keeps the worries away 🫖 Whats
your favorite way to #relax?
.
.
.
.
.
.
#seeking #whatareyouseeking
#seekingluxury #seekingonmyterms
#seekingnotswiping #upgradeyourlife
#upgradeyourlifestyle #noworries

2w

18 likes

JULY 9

Add a comment...                    Post

Instagram

Search

seekingsweetlovers • Follow

seekingsweetlovers Single? Sign up with bit.ly/SDMwebsite. Life's about to get a little sweeter ❤️
.
.
.
.
.
.
#seeking #whatareyouseeking #seekingluxury #seekingonmyterms #seekingnotswiping #upgradeyourlife #upgradeyourlifestyle

2w



23 likes

JULY 12

Add a comment...                    Post



Instagram

seekingsweetlovers • Follow

seekingsweetlovers Eating in doesn't mean cheap take out - dress up, to our babies& daddies, order in #finedining & set the mood for #DateNight
.
.
.
.
.
#findinglove #seeking #whatareyouseeking #seekingluxury #seekingonmyterms #seekingnotswiping #upgradeyourlife #upgradeyourlifstyle

1w

20 likes

JULY 14

Add a comment...                    Post

Instagram

Search



seekingsweetlovers · Follow

seekingsweetlovers I love gifts and Sugar Daddies. End of list. ❤️
Get both easily on http://bit.ly/SDMwebsite (link in bio).
.
.
.
.
.
.
#givememore #notpickyprincipled
#seeking #whatareyouseeking
#seekingluxury #seekingonmyterms
#seekingnotswiping #upgradeyourlife
#upgradeyourlifestyle
#socialdistancedating

1w

18 likes

JULY 16

Add a comment...                    Post



seekingsweetlovers · Follow

seekingsweetlovers Crush, attraction, then love maybe. Explore all the possibilities with your sugar partner. Find a quality one here: (link in bio).
.
.
.
.
.
.
已验证
#seekingluxury #seekingonmyterms #seekingnotswiping #upgradeyourlife2020 #upgradeyourlifestyle #socialdistancing #socialdistancedating #loveisblindnetflix #netflixmeme #memes

5d

micheal_rob72 Hey I really need a sugar baby now so if you're free and you have the time send me a message let's get to talk

5d    Reply

23 likes

5 DAYS AGO

Add a comment...                              Post

POSTS        TAGGED

Instagram



seekingsweetlovers • Follow

seekingsweetlovers Smile, because you know you're worth it.

#seeking #whatareyouseeking #seekingluxury #seekingonmyterms #seekingnotswiping #upgradeyourlife #upgradeyourlifestyle

1d

15 likes

1 DAY AGO

Add a comment...                    Post

*Instagram*

🔍 Search



**seekingsweetlovers** • Follow

**seekingsweetlovers** Life without sugar love is like a resort without a swimming pool.
Find your sugar lover on (link in bio) today. 🔝💎
.
.
.
.
.
#DatingAdvice #workingfromhome #SocialDistancing #seeking #whatareyouseeking

3w

13 likes
JULY 6

Add a comment...                Post

*Instagram*



seekingsweetlovers • Follow

seekingsweetlovers A woman who is being spoiled is glowing all over. Meet someone to spoil you on (link in bio) today.
.
.
.
.
#DatingAdvice #workingfromhome
#SocialDistancing #seeking
#whatareyouseeking

3w

17 likes

JULY 1

Add a comment...                    Post

Instagram



seekingsweetlovers • Follow

seekingsweetlovers Forget
#BreakfastInBed, dining with your
daddy is much better ❤️
Meet your sugar love on (link in bio)
today.
.
.
.
.
.
.
#DatingAdvice #workingfromhome
#SocialDistancing #seeking
#whatareyouseeking

4w

dm_ricardez 👏😂👏👏👏👏😂
3w  Reply

9 likes

JUNE 29

Add a comment...                    Post

Instagram

🔍 Search



seekingsweetlovers • Follow

seekingsweetlovers Eat what you feel, and do what your heart desires. ❤ .
.
.
.
.
#DatingAdvice #workingfromhome #SocialDistancing #seeking #whatareyouseeking

4w

micheal_rob72 Hi I am in need of a sugar baby send me a message if you're interested I'll take really good care of you

4w    Reply

micheal_rob72 Hi I am in need of

16 likes

JUNE 27

Add a comment...                    Post

*Instagram*

🔍 Search



seekingsweetlovers · Follow

seekingsweetlovers When you can't find the sunshine, be the sunshine. .
.
.
.
#thankyoudaddy #seeking #whatareyouseeking #collegegirls #richsinglesdating #datingadvice #lovequotes #loveyou

4w

6 likes

JUNE 23

Add a comment...                    Post

*Instagram*

Search

seekingsweetlovers • Follow



seekingsweetlovers #datingTips 🖤 Meet your sugar love on (link in bio) today.
.
.
.
.
.
.
#luxurylifestyle #seeking
#seekingmillionaire #luxury #luxlife
#upscalelife #sweetlover
#richsinglesdating #datingadvice
#lovequotes #loveyou

5w

6 likes

JUNE 21

Add a comment...                    Post

*Instagram*    Search



seekingsweetlovers • Follow    ...

seekingsweetlovers You deserve to be spoiled by someone.🖤
.
.
.
#seeking #seekingmillionaire #luxurylifestyle #luxury #waitingforyou #waiting #loveme #girls

6w

diamoglitterglamour 🤤🤤🤤

2h  Reply

12 likes

JUNE 9

Add a comment...    Post



*Instagram*

seekingsweetlovers • Follow
Los Angeles, California

seekingsweetlovers Wanna receive this surprise by your man? Find one to spoil you on link in bio today! Good luck❤ .
.
.
#luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou

7w

alexfeldman14 ❤

6w  Reply

113 views
JUNE 5

Add a comment...  Post

*Instagram*



**seekingsweetlovers** • Follow

**seekingsweetlovers** Do something today that your future self will thank you for ❤️ Such as giving yourself another chance on our website (link in bio) for the sweet one.❤️
.
.
.
.
.
.
.
#luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou

7w

9 likes

JUNE 2

Add a comment...                    Post

*Instagram*

🔍 Search    🏠 ⬦ 🧭 ♡ 👤



✕

SBM  **seekingsweetlovers** • Follow    ⋯

SBM  **seekingsweetlovers** Enjoy a nice bath with your sugar lover can really start your day right. 🛁👸🌹
**#Sugarbabyrules**
Find your sugar daddy here: link in bio.
.
.
.
.
.
**#seeking #collegegirls #luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou**

8w

♡ 💬 ⬦                              🔖

**13 likes**

JUNE 1

Add a comment...                    Post

*Instagram*



seekingsweetlovers • Follow

seekingsweetlovers Take a little #MeTime to de-stress each day 🛁👙
🌹#Sugarbabyrules
Find your sugar daddy here: link in bio.
.
.
.
.
#seeking #collegegirls #luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou

8w

11 likes

MAY 29

Add a comment...                    Post

Instagram

Search



seekingsweetlovers • Follow

seekingsweetlovers May the day, when you can enjoy a wonderful day with your lover, comes sooner. ❤️ Check link in bio ❤️ .
.
.
#luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou #collegegirls

8w

13 likes

MAY 26

Add a comment...    Post

*Instagram*

🔍 Search



seekingsweetlovers • Follow

**seekingsweetlovers** Do you wanna receive the gift too? Follow us for more updates! .
.
#luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou

9w

**kiryan_bro** 👏👏👏

8w  Reply

**edikuesther** 👍👍👍👍

2w  Reply

15 likes

MAY 25

Add a comment...                Post

*Instagram*

✕



seekingsweetlovers • Follow

seekingsweetlovers May the day when you can enjoy a wonderful day with your lover comes sooner. #luxurylifestyle #seeking #seekingmillionaire #luxury #luxlife #upscalelife #sweetlover #richsinglesdating #datingadvice #lovequotes #loveyou

16w

flairtasha Sugar daddy needed

12w   Reply

—— View replies (1)

36 likes

APRIL 2

Add a comment...                    Post