# Exhibit 16



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | "sugar daddy dating site" | | | | | | |
| Q All | News | Images | Videos | Shopping | More | Settings | Tools |

About 1,190,000 results (0.32 seconds)

Ad · www.sugardaddymeet.com/
**Sugar Daddy Dating | Join Free - SugarDaddyMeet.com**
No.1 **Sugar Daddy Dating Site** in America! Over 1M young & beautiful sugar babies. Attractive Women and Wealthy Men Seeking Mutually Beneficial Relationships. Over 17 Years. 24/7 Customer Service. Safe & Easy-to-Use. Verified Members.

**Join Free**
Totally Free To Place A Fully Anonymous Profile

**Sugar Daddy Forums**
Various Topics and Interests of Active & Real Sugar Babies/Daddies

www.seeking.com › joinfree
**Sugar Daddy Dating | SeekingArrangement**
SeekingArrangement is the premier **Sugar Daddy Dating site**. We are a matchmaking website for wealthy benefactors, and attractive guys & gals. We invented the ...

**People also ask**
- How much do sugar daddies pay for a date?
- What is the best sugar daddy app?
- Where can I find a sugar daddy online for free?
- How do you know if a sugar daddy is legit?

Feedback

www.findrichguys.com
**Find Rich Guys: Free Sugar Daddy Dating Website**
FindRichGuys.com is the Internet's premier **sugar daddy dating site** for rich guys to meet sugar babies. It's the best place for beautiful and successful people to ...
Sign Up · What is a Sugar Daddy ... · How to Find a Rich Sugar Daddy · Privacy

sugarbook.com
**Sugarbook.com™ - The #1 Sugar Daddy Dating Site**
Sugarbook is an online dating site to meet Sugar Daddies & Sugar Babies. Build relationships, discuss allowances and get paid instantly.

www.sugardaddy.world › sugar-daddy-websites
**Best Sugar Daddy Websites of 2020 for Mutually Beneficial ...**
Mar 10, 2020 - Seeking Arrangement is the world largest **sugar daddy dating site**. It was designed to cater to both male and female sugar babies, connecting ...

www.sugardaddytoday.com
**Sugar Daddy Dating Site - SugarDaddyToday.com**
Visit to find sugar daddies and sugar babies. Browse their profiles and pictures. Free to join. Free to send messages. Free to get messages.

www.pinterest.com › pin
**Looking for your expected sugar daddies and sugar babies ...**
The top **sugar daddy dating site**. Just click the link to connect with the millions of rich daddies and beatufiul babies. Click the links to find your sugardaddy which ...

www.peoples-uni.org › content › cDczNTM5
### sugar daddy dating affluent i need a sugar daddy to pay my ...
World's premier **sugar daddy dating site**.Find your perfect sugar daddy or sugar mommy.Meet fun, sexy real models who desire to be your sugar baby.We have ...

www.refinery29.com › Work & Money › Living › Tech ▼
### Sugar Daddy Dating Sites - Sugar Baby Websites Rich Men
Feb 8, 2018 - SugarDaddyForMe, the site claims to be the "world's largest **sugar daddy dating site**." Though it looks far less polished than the other sites in its ...

www.dailydot.com › bazaar › best-sugar-daddy-websites ▼
### The Best Sugar Daddy Websites for Sugar Daddies and Sugar ...
Dec 7, 2018 - This particular **sugar daddy dating site** is popular for its verification service that ensures verified profiles. Owned by FriendFinder Networks, the ...
You've visited this page 2 times. Last visit: 10/28/19

www.yahoo.com › lifestyle › teachers-on-sugar-daddy-... ▼
### Teachers are turning to 'sugar daddy' dating site to ... - Yahoo
Sep 30, 2019 - ... in 2018 advertises itself as "the world's largest **Sugar Daddy dating site**," where it sets people up with "mutually beneficial relationships.

Ad · www.wishdates.com/ ▼
### Date Someone Who Cares. | Dating Site
What If The Love Of Your Life Lives In Another Country? Try Dating Site! This Dating Site Will Make Your Dreams Come True! Join To Start Chatting With Beauties. Gift And Flower Delivery. Thousands Of Women. Free To Try. Correspondence. Date Charming Ladies.
Join In Today · Meet Like-Minded Singles · Learn More · Rich Profile Base

Ad · www.meetasugar.com/ ▼
### Hot Girls Seek Sugar Daddies | Meet Them Here
Find your perfect woman. Browse 1000s of sugar babies and get a date tonight. Join the fastest growing sugar daddy website. Signup free profile and find a girl for you. 1000s of Success Stories. No Fake Profiles. 100s of Local Singles. Easy Sign-Up. Advanced Matching.

Ad · www.millionairematch.com/ ▼
### MillionaireMatch.com | 4,218,200+ Millionaire Singles
The Best & Largest Millionaire Dating Site Since 2001. With 4,218,200+ Attractive Singles! Millions of Sexy, Rich Singles. We Invented Millionaire Dating. No Sugar Daddies / Babies.
Services Offered · Millionaire Matchmaker · Affiliate Program · Women Dating

## Searches related to "sugar daddy dating site"

| | |
|---|---|
| sugar daddy **meet** | sugar daddy **meet app download** |
| sugar daddy **for me** | **seeking arrangement** |
| sugar daddy **apps that send money** | sugar **momma** |
| **sugardaddymeet** | sugar **dating** |



Goooooooooogle ›
1  2  3  4  5  6  7  8  9  10    Next

● **Central LA, Los Angeles, CA** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



"sugardaddymeet"

All · News · Images · Videos · Shopping · More    Settings · Tools

About 116,000 results (0.37 seconds)

**Ad** · www.sugardaddymeet.com/
**Sugar Daddy Meet - Connect Sugar Daddies Easily**
Largest website for sugar daddy meet. Join now to find mutually beneficial arrangement. A safe and private dating website for sugar daddy meet. You don't want to miss.

**I am Sugar Baby**
Connect Rich Men Right Now
Browse Verified Profiles for Free

**I am Sugar Daddy**
Join to Meet Attractive Women
Safe and Easy for You

www.sugardaddymeet.com
**SugarDaddyMeet.com**
The official Sugar Daddy Meet dating site for wealthy sugar daddies and attractive sugar babies in top 20 richest countries. Your satisfaction is 100% ...

**Sugar Daddy Meet | #1 ...**
The official Sugar Daddy Meet dating site for wealthy sugar ...

**Read More**
We love to celebrate the success of our members! Post your great ...

**1 Sugar Daddy Dating App For ...**
SugarDaddyMeet is the # 1 sugar daddy dating app for young ...

**About Us**
About SugarDaddyMeet.com. SugarDaddyMeet.com is a ...

**Help and FAQ**
SDM will be shown as the billing name on your credit card ...

**Sugar Daddy USA**
Sugar Daddy Meet is a dating community for real sugar ...

More results from sugardaddymeet.com »

**People also ask**
Is sugar daddy meet free?
Is SugarDaddyMeet legit?
How much should a sugar daddy pay?
Where can I find a rich sugar daddy?

Feedback

www.datingscout.com › sugardaddymeet › review
**SugarDaddyMeet Review June 2020 - Scam or Sugar Dates ...**
Interested in **SugarDaddyMeet**? Better read this first! Are there real sugar babies and sugar daddies here? Are there scams? Find out how it works here.

**Real Life Review**: 4.5/5     **Profile Quality**: 4.5/5
**App**: 3.0/5     **Signing Up**: 4.0/5
★★★★★ Rating: 5 - Review by DatingScout.com - $24.00

Videos




**10:51** Sugar Daddy Meet, Sugar Daddy Websites, Rich Men Dating ...
Best Sugar Daddy Websites
YouTube · Jul 30, 2018

**8:08** Sugar Daddy Meet: How To Get Young Girls As An Old Man
Premium Life English
YouTube · Dec 19, 2019

www.facebook.com › Pages › Other › Community
**Sugardaddymeet - Home | Facebook**
**Sugardaddymeet**. 893 likes. Community.

play.google.com › store › apps › details › id=com.suga... ▼
**SDM: Dating App for Seeking Pure Local Arrangement - Apps ...**
If possible, please send your request to AppService@**SugarDaddyMeet**.com and get some trial membership. Sonya M.
★★★★★ Rating: 4.6 - 6,562 votes - Free - Android

sugardaddymeetapp.com ▼
**Sugar Daddy Meet App: SugarDaddyMeet.com Official Dating**
SugarDaddyMeetApp.com is the best sugar daddy dating app for wealthy sugar daddies and young female sugar babies seeking mutual arrangement. Free join ...

www.sugar-daddy-meet.com ▼
**Sugar Daddy Meet | Best Sugar Daddy Website & App**
**SugarDaddyMeet** is the safest and best sugar daddy website & app for sugar daddy and sugar baby seeking mutually beneficial relationships online.

## Searches related to "sugardaddymeet"

| | |
|---|---|
| sugardaddymeet **reviews** | **seeking arrangement** |
| sugardaddymeet **vs seeking** | **support@sugardaddymeet** |
| **secret benefits** | sugardaddymeet **login** |
| **download** sugardaddymeet | **sugar daddy** |



Gooooooooogle >
1  2  3  4  5  6  7  8  9  10    Next

● 90015, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms

Seeking - Google Search



| Seeking | ✕ 🎤 🔍 |

○ All  📖 Books  📰 News  🖼 Images  ▶ Videos  ⋮ More    Settings  Tools

About 1,850,000,000 results (0.46 seconds)

**Ad · www.seeking.com/** ▼
**Seeking.com | Secret Arrangements | Browse Members Free**
The best Arrangement dating website. Millions of attractive singles. Free to Join! Thousands of new members join daily. Everyone joins free! Come try a new approach dating. Background checked users. Featured on Dr. Phil. Featured on CNN.

**www.seeking.com** ▼
**Seeking: Online Dating for Successful & Attractive People**
**Seeking** is the dating app for Relationships on Your Terms. With over 20 million members, we are the largest dating website for wealthy, successful and ...
You visited this page on 4/30/20.

**Login**
Login to your Seeking.com account and find relationships ...

**Browse Sugar Daddies**
Browse Seeking Members - A Seeking.com™ Sugar Daddy is ...

**Join**
Login · Join. Create your Account. Signing up for Seeking.com is ...

**About Us**
Learn more about arrangements dating on SeekingArrangement ...

**How It Works**
Learn all about mutually beneficial relationships and how you can ...

More results from seeking.com »

www.youtube.com › channel ▼
**Seeking - YouTube**
**Seeking**.com is the leading luxury dating site where over 10+ million members find mutually beneficial relationships on their terms.

https://twitter.com/seekarrangement
**Seeking (@seekarrangement) · Twitter**
It's #CincoDeMayo! What will you be having tonight? #CincoAtHome
Twitter · 17 hours ago

seekingalpha.com ▼
**Seeking Alpha: Stock Market Insights**
Stock market Insights & financial analysis, including free earnings call transcripts, investment ideas and ETF & stock research written by finance experts.
Sign in · Stock Ideas · Seeking Alpha PREMIUM · Earnings Transcripts

en.wikipedia.org › wiki › SeekingArrangement ▼
**SeekingArrangement - Wikipedia**
SeekingArrangement (also known as **Seeking**) is an American sugar baby and sugar daddy dating website founded by MIT graduate Brandon Wade in San ...

www.dictionary.com › browse › seeking ▼
**Seeking | Definition of Seeking at Dictionary.com**
**Seeking** definition, to go in search or quest of: to **seek** the truth. See more.

**People also ask**
How do you sign up for Seeking Arrangement?    ⌄



**SeekingArrangement**
Website

SeekingArrangement is an Ame[...] sugar daddy dating website foun[...] Brandon Wade in San Francisco,[...] Wade is currently the company's[...]

**Created by:** Brandon Wade
**Date launched:** 2006
**Available in:** English Language, S[...]
MORE

**Types of site:** Online dating servi[...] service

**People also search for**

  

Ashley Madison    POF    Adult Frien[...]



 Seeking

| What do Sugar Babies have to do? | ⌄ |
|---|---|
| Is seeking arrangements illegal? | ⌄ |

Feedback

**www.nytimes.com** › sugar-dating-seeking-arrangement
### A 'Sugar Date' Gone Sour - The New York Times
Oct 15, 2018 - In an interview with The Times, Brandon Wade, the founder of SeekingArrangement, said his dating platform, which he has rebranded as **Seeking** ...

Ad · www.thermal.com/ ▼
### Seek Thermal Official Website | Simple Temperature Screening
A simple, low-cost, thermal imaging system designed to automate temperature screening. Accurate, automated and affordable. Easy setup lets you start screening in minutes. Founders with +40 years. #1 Public Safety Supplier. Uses: Lobbies, Hallways.
Seek Scan Overview · Bill Parrish, PhD · Thermal Imaging

Ad · www.sugardaddymeet.com/ ▼
### Sugar Daddy Dating Site | Meet Attractive Sugar Babies
The Official Sugar Baby Dating Site For Beautiful Women **Seeking** Secret Arrangements. Get Match with Successful Sugar Daddies and Attractive Sugar Babies.

Ad · www.millionairematch.com/ ▼
### MillionaireMatch®.com | For Rich Singles Professionals
The Largest Millionaire Dating Site & Elites Club. Just Meet Someone Successful Like You. Meet Who Are Finding Millionaire Dating Opportunities & A Serious, Long-term Relationship.
Women Dating · Services Offered · Millionaire Dating · Affiliate Program

## Searches related to Seeking

| | |
|---|---|
| seeking **arrangement app** | seeking **arrangements reviews** |
| **seeking.com about me** | seeking **arrangement membership** |
| **www** seeking **com member** | seeking **arrangements messages** |
| seeking **messages** | **seeking.com down** |



1  2  3  4  5  6  7  8  9  10     Next

● **Central LA, Los Angeles, CA** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms




Google — Seeking Arrangement — Sign in

All · News · Videos · Images · Shopping · More — Settings · Tools

About 129,000,000 results (0.44 seconds)

www.seeking.com
**Seeking: Online Dating for Successful & Attractive People**
Signing up for **SeekingArrangement** is fast & free: Join now ... Upfront and honest arrangements with someone who will cater to your needs. Browse Sugar ...

**Login**
Login to your Seeking.com account and find relationships ...

**Join**
Login · Join. Create your Account. Signing up for Seeking.com is ...

**How It Works**
Learn all about mutually beneficial relationships and how you can ...

**About Us**
Sugar Babies and Sugar Daddies or Mommas both get what they ...

**Browse Sugar Daddies**
Browse Seeking Members - A Seeking.com™ Sugar Daddy is ...

**Browse Sugar Babies**
Sugar Mommas - Sugar Baby Male - Hypergamy - ...

More results from seeking.com »

**People also ask**

Do you have to pay for seeking arrangement?
Is seeking arrangement FREE for Sugar Babies?
How much does seeking arrangements cost?
What is the average allowance for a sugar baby?

Feedback

**Videos**

5:05 — Senior Citizens React to "Sugar Daddy Site" Seeking ... — Vanity Fair — YouTube · Oct 8, 2015

35:46 — Seeking Arrangement: Everything You Must Know To Be ... — Brandon Wade — YouTube · May 25, 2018

2:29 — Creating the Perfect Sugar Baby Profile on SeekingArrangement — Seeking — YouTube · Feb 4, 2014

www.businessinsider.com › professional-sugar-babies-s...
**Professional sugar babies share what it's like to have a sugar ...**
Jul 24, 2018 - **SeekingArrangement** likes to promote the narratives of savvy young women like Jessica who are pursuing arrangements as a way to graduate ...

www.nytimes.com › sugar-dating-seeking-arrangement
**A 'Sugar Date' Gone Sour - The New York Times**
Oct 15, 2018 - "**SeekingArrangement**.com has helped facilitate hundreds of thousands, if not millions, of arrangements that have helped students graduate debt- ...

SeekingArrangement
Website
SeekingArrangement is an Am… sugar daddy dating website foun… Brandon Wade in San Francisco, Wade is currently the company's …

**Created by:** Brandon Wade
**Date launched:** 2006
**Available in:** English Language, … MORE
**Types of site:** Online dating servi… service

**People also search for**
Ashley Madison · POF · Adult Frien…

 Seeking Arrangement     Sign

**SeekingArrangement** (also known as Seeking) is an American sugar baby and sugar daddy dating website founded by MIT graduate Brandon Wade in San ...

**Owner**: Brandon Wade    **Available in**: English, Spanish, Mandarin, Fren...
**Launched**: 2006

www.facebook.com › ... › Dating Service
### SeekingArrangement - Home | Facebook
**SeekingArrangement**, Las Vegas, Nevada. 35643 likes · 169 talking about this. Create a relationship on your terms. Sign up for free today!

www.refinery29.com › ... › Relationship Advice
### Why One Sugar Daddy Went On Seeking Arrangement
Jul 14, 2018 - Here, we interview a sugar daddy whose experience on **Seeking Arrangement** made him rethink his dating preferences – and to address his ...

Ad · www.trusted-hookup-sites.com/hookup-apps/test-winner
### The Top 5 Hookup Apps 2020 | Which are reliable & trustful?
The best Hookup Apps 2020 with free registration & good success rates. See overview! Watch out for dubious Hookup Apps. Better inform yourself and compare test winner 2020. Discrete adventures. Detailed reviews. High privacy. Many user profiles.

Ad · www.sugardaddymeet.com/
### No.1 Sugar Daddy Website | Seeking Secret Arrangements
Best Official Sugar Daddy Meet Site For Local Sugar Daddy & Sugar Baby Dating in The USA. Since 2001. 100% Join Free & Secure. Over 3 Million Real Users. Verified Members. No Strings Attached. 24/7 Customers Service. 100% Risk-Free Guarantee. Highest Match Rate.

Ad · www.seeking-arrangement-app.com/
### Seeking-Arrangements App | For Meeting Older Gentlemen
No. 1 Sugar Daddy Dating Site For Meeting a Sugar Daddy & Sugar Baby. Real **Arrangements**. **Seeking** Sugar Relationships & Local **Arrangement**. Members Through Us Found Mutual Benefits. No Strings Attached. Top Qulity Members.

## Searches related to Seeking Arrangement

| | | |
|---|---|---|
| seeking arrangement **app** | seeking **arrangements tampa** | seeking arrangement **app gone** |
| seeking **arrangements reviews** | **can't login to** seeking arrangement | seeking arrangement **orlando** |
| seeking arrangement **membership** | seeking **arrangements reddit** | seeking arrangement **customer s**... |
| seeking **arrangements messages** | seeking arrangement **online only** | **what is** seeking **arrangements all** ... |



1   2   3   4   5   6   7   8   9   10    Next

⬤ 90015, Los Angeles, CA - From your Internet address - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



Seeking.com

All | News | Videos | Images | Shopping | More    Settings   Tools

About 781,000,000 results (0.44 seconds)

www.seeking.com
### Seeking: Online Dating for Successful & Attractive People
**Seeking** is the dating app for Relationships on Your Terms. With over 20 million members, we are the largest dating website for wealthy, successful and ...
You visited this page on 4/30/20.

**Login**
Login to your Seeking.com account and find relationships ...

**Browse Sugar Babies**
Sugar Mommas - Sugar Baby Male - Hypergamy - ...

**Join**
Login · Join. Create your Account. Signing up for Seeking.com is ...

**Sugar Baby University**
Why? Because college is hard enough, and ...

**Seeking Arrangement**
Seeking Arrangement is the leading Sugar Daddy dating site ...

**Precautions**
SeekingArrangement encourages safe online dating. Read our ...

**Browse Sugar Daddies**
Browse Seeking Members - A Seeking.com™ Sugar Daddy is ...

**About Us**
Learn more about arrangements dating on SeekingArrangement ...

**How It Works**
Learn all about mutually beneficial relationships and how you can ...

**Contact Us**
Facebook. US Address: 3250 Pepper Lane, Las Vegas, NV ...

More results from seeking.com »

---

**People also ask**

| Is seeking arrangement FREE for Sugar Babies? | ⌄ |
| Where can I find a sugar daddy online for free? | ⌄ |
| How do you sign up for Seeking Arrangement? | ⌄ |
| How much do sugar daddies pay for a date? | ⌄ |

Feedback

---

### Videos



3:56 — How to use Seeking.com | SeekerSupport — Seeking — YouTube · Oct 15, 2018

2:24 — Real Couples, Real Stories | Seeking.com — Seeking — YouTube · Apr 29, 2019

2:51 — Brandon Wade, Seeking.com Founder, Addresses Sugar ... — Seeking — YouTube · Mar 24, 2020

---



### SeekingArrangement
Website

SeekingArrangement is an American sugar daddy dating website founded by Brandon Wade in San Francisco, Wade is currently the company's ...

**Created by:** Brandon Wade
**Date launched:** 2006
**Available in:** English Language, MORE
**Types of site:** Online dating service

**People also search for**

 

Ashley Madison    POF    Adult Friend...

---




Seeking.com

SeekingArrangement (also known as **Seeking**) is an American sugar baby and sugar daddy dating website founded by MIT graduate Brandon Wade in San ...

**Owner**: Brandon Wade    **Available in**: English, Spanish, Mandarin, Fren...
**Launched**: 2006

www.nytimes.com › sugar-dating-seeking-arrangement
### A 'Sugar Date' Gone Sour - The New York Times
Oct 15, 2018 - In an interview with The Times, Brandon Wade, the founder of SeekingArrangement, said his dating platform, which he has rebranded as **Seeking** ...

www.businessinsider.com › professional-sugar-babies-s... ▼
### Professional sugar babies share what it's like to have a sugar ...
Jul 24, 2018 - According to **Seeking** Arrangement's stats, the average sugar daddy is 38 and makes $250,000 annually, while the average sugar baby is 25 ...

Ad · www.meetasugar.com/ ▼
### Try Sugar Daddy Dating | Meet Your Perfect Match
Expensive gifts, fine dining and VIP access. If this is your dream date, sign up now! Join the fastest growing sugar daddy website and meet your soul mate. 100s of Local Singles. 1000s of Success Stories. Advanced Matching. Easy Sign-Up. No Fake Profiles.

Ad · www.seeking.com/ ▼
### Official SeekingArrangement™ | Relationships On Your Terms
Relationships on Your Terms. Best in Sugar Daddy Dating. Join for Free! No luck with old fashioned dating sites? Meet a Sugar Daddy or Baby in your area. Featured on CNN.

Ad · www.sugardaddymeet.com/join-free ▼
### Seeking Sugar Arrangements | No String Attached Dating Site
Official Sugar Daddy Meet Site For Dating a Sugar Daddy & Sugar Baby Online. SugarDaddyMeet®--Attractive Women & Wealthy Men **Seeking** Mutually Beneficial Relationships. Real Sugar Babies Online. Verified Members. Safe & Easy-to-Use.



1  2  3  4  5  6  7  8  9  10    Next

● **Central LA, Los Angeles, CA** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms



SeekingArrangement.com

**All** · News · Images · Videos · Shopping · More    Settings · Tools

About 909,000 results (0.39 seconds)

Ad · www.sugardatingsites.org/
### Top 10 Sugar Daddy Websites | Valuable for Sugar Daddies
We will share the updated list of our favorite SD sites that we are using now. Both several...
Join Free · Sugar Daddy Forums

www.seekingarrangement.com
### Seeking: Online Dating for Successful & Attractive People
Upgrade Your Relationships™. Where beautiful, successful people fuel mutually beneficial relationships. Signing up for **SeekingArrangement** is fast & free:.
Login · Join · How It Works · Browse Sugar Daddies
You visited this page on 4/30/20.

**People also ask**
- Is seeking arrangement free?
- How much does seeking arrangement cost?
- What happened to seeking arrangements?
- How much is a sugar baby allowance?

Feedback

www.seeking.com › joinfree
### Sugar Daddy Dating | SeekingArrangement
**Seeking Arrangement** is the leading Sugar Daddy dating site where over 10+ million members fuel mutually beneficial relationships on their terms. © 2020 ...

www.seeking.com › login
### Dating For Successful & Attractive | Seeking.com - Seeking
Login to your Seeking.com account and find relationships on your terms.

**Videos**



| 6:28 SeekingArrangement.com on 20/20 College Sugar Babies — Brandon Wade, YouTube - Feb 1, 2012 | 3:44 SeekingArrangement.com Featured on The Insider — Seeking, YouTube - Apr 28, 2014 | 5:05 Senior Citizens React to "Sugar Daddy Site" Seeking ... — Vanity Fair, YouTube - Oct 8, 2015 |

www.seeking.com › how-it-works
### What is a Sugar Daddy & How to Be a Sugar Baby - Seeking
**SeekingArrangement** delivers a new way for relationships to form and grow. Sugar Babies and Sugar Daddies or Mommas both get what they want, when they ...



| SeekingArrangement.com | | |
|---|---|---|

beat student debt. Why? Because college is hard enough, and **SeekingArrangement** is here to provide the opportunity to find some economic relief. Dating ...

www.seeking.com › about-us ▾

### Arrangements Dating | About Us | SeekingArrangement

**SeekingArrangement** delivers a new way for relationships to form and grow. Sugar Babies and Sugar Daddies or Mommas both get what they want, when they ...

You've visited this page 2 times. Last visit: 12/12/19

www.seeking.com › sugar-daddy ▾

### Seeking Sugar Daddy | Seeking.com

**Seeking Arrangement** is the leading Sugar Daddy dating site where over 10 million members fuel mutually beneficial relationships on their terms.

You've visited this page 2 times. Last visit: 11/25/19

en.wikipedia.org › wiki › SeekingArrangement ▾

### SeekingArrangement - Wikipedia

**SeekingArrangement** (also known as Seeking) is an American sugar baby and sugar daddy dating website founded by MIT graduate Brandon Wade in San ...

**Owner**: Brandon Wade    **Available in**: English, Spanish, Mandarin, Fren...

**Launched**: 2006

www.nytimes.com › sugar-dating-seeking-arrangement

### A 'Sugar Date' Gone Sour - The New York Times

Oct 15, 2018 - "**SeekingArrangement.com** has helped facilitate hundreds of thousands, if not millions, of arrangements that have helped students graduate debt- ...

Ad · www.sugarbook.com/ ▾

### #1 Seeking Sugar Daddy Site | 100% Free to Join

Find Sexy Sugar Babies Nearby. Chat With Generous Sugar Daddies. New Users Added Every Day. Verified Profiles & Scammer-Free. No Strings Attached. Confidential & Secure. Chat, Meet & Negotiate. Fulfil Your Fantasies. Discreet Identity.

Browse College Girls · Press Coverage · How Sugarbook Works

Ad · www.sugardaddymeet.com/ ▾

### No.1 Sugar Daddy Website | Seeking Secret Arrangements

Best Official Sugar Daddy Meet Site For Local Sugar Daddy & Sugar Baby Dating in The USA. Since 2001. 100% Join Free & Secure. Over 3 Million Real Users. Verified Members. 100% Risk-Free Guarantee. 24/7 Customers Service. No Strings Attached.

Ad · www.seeking.com/ ▾

### SeekingArrangement.com™ | Official Site

Mutually beneficial arrangements! Join free, meet our community of 20 Million members! Thousands of new members join daily. Everyone joins free! Come try a new approach dating. Background checked users. Featured on Showtime. Arrangements since 2006.

Join Free · Read Our Reviews · About Us



1  2  3  4  5  6  7  8  9  10       Next

● **Central LA, Los Angeles, CA** - Based on your past activity - Use precise location - Learn more

Help    Send feedback    Privacy    Terms