# Exhibit 17



**seeking** • Follow

**seeking** Life is not meant to be in one place. Where's your next stop?

#seeking #seekingarrangement #whatareyouseeking #seekingluxury #seekingonmyterms #seekingnotswiping #instatravel #jetsetter #travelgram #luxurytravel #travelgoals #wanderlust #louisvuitton #lvmono #lvbag

28w

**tyepetty** In ur daddy's wallet 💸🤑

28w  Reply

View replies (2)

188 likes
JANUARY 9

Add a comment…  Post







