# Exhibit 18




Products & Services | News | Solutions | Knowledge Base | Company

Today's Press Releases | Press by Industry | Press by Video | Press Releases by Date | Search News | RSS Feeds | News Widget

All Press Releases for April 29, 2018

# SugarDaddyMeet: Where 1.4 Million Singles Seeking Arrangements Launches a New Version in Spain

SuagarDaddyMeet, where over 1.4 million singles are seeking arrangements, has launched a new version in Spanish.





**Contact Information**

PR Dept
SugarDaddyMeet
Los Angeles, CA
United States
**Voice:** 1 416-628-1072
**E-Mail:** Email Us Here
**Website:** Visit Our Website

LOS ANGELES, CA, April 29, 2018 **/24-7PressRelease/** -- SugarDaddyMeet, the popular dating app which already boasts over 1.4 million active members, is launching a new version of the app in Spain to make it even easier for Spanish singles to find their perfect arrangement. Whether you live in a bustling city or the beautiful countryside, this simple app makes it easy to connect. Aimed at successful lawyers, CEOs, entrepreneurs, doctors, and other leading men who want a mutually beneficial relationship, this app has drawn over a million sugar babies — young, attractive, intelligent, fun, and looking for love. With over 1,000 new members joining daily, the new app will make the process even speedier for those wanting to join the ever-growing community.

Spanish dating is some of the most passionate exciting you'll find anywhere in the world — but, like anywhere, people are looking for a range of options for their love life. The app gives members access to the latest versions of state-of-the-art features that make it easy to connect. With direct messaging services, you'll be connected to members from Spain — and around the world. With an easy photo verification system, SugarDaddyMeet , where you can quickly have your photos verified and make yourself a more desirable candidate — and will ensure that you can feel safe knowing you're talking to the real deal. You can even send a first date gift, a powerful feature unique to SugarDaddyMeet, that works as a great icebreaker and conversation starter.

"While we have a 17-year history of making dating apps in Silicon Valley, we truly are a worldwide brand — and we really value our Spanish customers," said Casper, SugarDaddyMeet CEO. "We're excited to bring the most advanced version and up-to-date features of our app to our Spanish users, so we can make it even easier to bring people together. We'd love for you to check out the new app and see what we have to offer."

Sugar Daddy and Sugar Baby relationships aren't for everyone, but they're on the rise among successful men with limited time, but a lot of resources. Sugar daddies and Sugar babies work together to create a mutually beneficial relationship — one that's on both of their terms, where everyone gets what they want. In Spain, like many other countries, younger people are struggling

financially — and more and more are seeing the benefits of a Sugar Daddy relationship. That's why SugarDaddyMeet currently has over one million Sugar Babies using the app to meet the most eligible men. With more members joining daily, SugarDaddyMeet is a simple way to meet new people.

To know more about SugarDaddyMeet, please visit https://www.sugardaddymeet.com/
iOs Download: https://itunes.apple.com/us/app/id1019106983?mt=8
Android Download: https://play.google.com/store/apps/details?id=com.sugardaddydating.sugardaddymeet

# # #



© 2004-2020 24-7 Press Release Newswire. All Rights Reserved.