# Exhibit 27

# GoDaddy
# [Redacted]

 2155 E. GoDaddy Way, Tempe, AZ 85284

December 14, 2022

Mark L. Smith
SF Firm LLP
8 East Broadway, Suite 320
Salt Lake City, 84111

Re:     *successfulmatch.com...*
        GDG Reference No. 22-61252

Dear Mr. Smith:

Please consider this GoDaddy.com, LLC's official response to the Subpoena issued by the
United States District Court for the Northern District of California. In response to that
Subpoena, we are herewith producing approximately one thousand four hundred six (1406)
pages of documents which have been Bates labeled as GD 000001 through GD 001406. These
documents contain confidential, proprietary, trade secret, and/or private information that
warrants special protection from public disclosure and from use for any purpose other than
prosecuting or defending the action in which the subpoena is served. It is imperative that any
documents designated "CONFIDENTIAL" receive confidential treatment. Confidential
treatment includes: (1) limiting access to these documents to the parties in this litigation, their
agents, and the court and its personnel; (2) taking the procedural steps necessary to file under
seal any portion of any submission to the court that refers to or incorporates these documents;
and (3) destroying all CONFIDENTIAL documents included in this production, including copies
thereof, within 60 days after the final disposition of the action in which the subpoena is served.
More information can be found in GoDaddy's Subpoena Policy/Attorney Tips, available on our
Legal page. You should assume that if categories of documents called for in the subpoena are
not included in the produced documents, GoDaddy.com has no responsive documents for such
categories.

We have also enclosed an executed Certificate of Authenticity.

If this case involves a domain name dispute, please provide courtdisputes@godaddy.com with a
file copy of the complaint so that they may place the domain name on registrar lock pending the
outcome of the case.

Please remit your check in the amount of $150.00 to cover the cost of production.

Copying, printing and reproduction
        3 Hours x $75.00 per Hour        $150.00
TOTAL                                    $150.00

Reflex 021623

Exhibit 27, Page 727

# Shopper Info for REDACTED

Qiang Du
Shopper ID

| | |
|---|---|
| Shopper ID: | Redacted |
| Private Label ID: | 1 |
| Login Name: | emproblem REDACTED |

REDACTED

| | |
|---|---|
| Address2: | |
| City: | Mountain View |
| State/Prov: | CA |
| Postal Code: | 94040 |
| Country: | US |
| Phone Work: | REDACTED |
| Phone Home: | |
| Mobile: | |
| Fax: | Redacted |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

CONFIDENTIAL

Exhibit 27, Page 728

# Domain Information for Shopper ID Redacted



Redacted

Qiang Du
Shopper ID

Last Modified:

Custom DNS:          No

Name Servers:

Auto Renew:          Yes

Renew Period:        0

CONFIDENTIAL     Exhibit 27, Page 729

## Shopper Contact Audit for Shopper ID Redacted

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | city | Vaughan | Chengdu |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | company | Dating Sites Canada | CanadianDatingSites |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | country | CA | CN |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | phone1 | REDACTED | REDACTED |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | state | ON | 51 |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | street1 | REDACTED Dufferin St, Suite 160 | Renmin Nanlu, Chengdu |
| 12/10/2017 10:55:39 PM | Shopper | 69.171.79.32 | zip | L4J 0A6 | 610000 |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | city | chengdu | Vaughan |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | company | Best Sugar Daddy Site in UK | Dating Sites Canada |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | country | cn | CA |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | phone1 | REDACTED | REDACTED |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | state | 51 | ON |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | street1 | Renmin Nanlu, Chengdu | REDACTED Dufferin St, Suite 160 |
| 12/8/2017 10:20:23 PM | Shopper | 69.171.79.32 | zip | 610000 | L4J 0A6 |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | city | | chengdu |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | company | | Best Sugar Daddy Site in UK |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | country | | cn |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | first_name | | Owen |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | last_name | | REDACTED |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | phone1 | | REDACTED |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | phone2 | | REDACTED |
| 12/14/2016 10:33:47 PM | gdPostPurchase.StoreShopperInfo | 67.198.140.172 | state | | 51 |

Reflex 021923

## Domain List for Shopper ID Redacted

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| seekingarrangements.co.nz | 36 Ownership Changed | 6/5/2019 | 6/5/2020 | 1503639338 |

Reflex 021920

# Shopper Contact Audit for Shopper ID Redacted

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 7/5/2014 5:58:59 AM | M1PWMYAW EB002.Shoppe rDataProvider | 123.170.102.1 85 | mobilePhone | Redacted | Redacted |
| 7/5/2014 5:58:59 AM | M1PWMYAW EB002.Shoppe rDataProvider | 123.170.102.1 85 | phone1 | | |
| 7/5/2014 5:58:59 AM | M1PWMYAW EB002.Shoppe rDataProvider | 123.170.102.1 85 | phone2 | | |
| 6/25/2014 3:11:14 AM | M1PWMYAW EB004.Shoppe rDataProvider | 23.236.64.45 | email | Redacted @gmail.com | Redacted @gmail.com |
| 6/13/2014 1:12:41 AM | M1PWMYAW EB001.Shoppe rDataProvider | 65.49.68.196 | mobilePhone | | REDACTED |
| 6/13/2014 1:12:41 AM | M1PWMYAW EB001.Shoppe rDataProvider | 65.49.68.196 | phone2 | | REDACTED |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | city | Vaughan | rizhao |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | country | CA | CN |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | phone1 | REDACTED | REDACTED |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | state | ON | shandong |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | street1 | REDACTED Dufferin St, Suite 160 | donggang street |
| 6/5/2014 1:03:15 AM | P3PWMYAW EB002.Shoppe rDataProvider | 65.49.68.194 | zip | L4J 0A6 | 276800 |
| 2/6/2014 9:22:49 AM | BackfillShopp erPhones | M1PWSBEAP P001 | phone1 | REDACTED | REDACTED |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | city | Jinan | Vaughan |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | country | CN | CA |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | last_name | REDACTE | REDA |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | phone1 | REDACTED | REDACTED |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | state | Shan Dong | ON |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | street1 | The South of Industry Road | REDACTED Dufferin St, Suite 160 |
| 11/3/2013 9:30:40 AM | mya:shopper | 60.208.213.23 2 | zip | 250000 | L4J 0A6 |
| 12/4/2012 8:56:55 PM | mya:shopper | 119.162.244.2 38 | phone1 | REDACTED | REDACTED |

x 022510

## Domain Information for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Domain Name: | SEEKINGARRANGEMENTCOM.COM |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 1 |
| Create Date: | 2/28/2013 3:09:22 AM |
| Expiration Date: | 2/28/2014 4:09:22 AM |
| Update Date: | 11/6/2013 6:51:00 AM |
| Transfer Away Eligibility Date: | 1/5/2014 4:50:38 AM |
| Status: | 36 Ownership Changed |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 11/20/2013 4:03:04 AM |
| Custom DNS: | No |
| Name Servers: | |
| Auto Renew: | No |
| Renew Period: | 0 |

Reflex 022508

# Domain Information for Shopper ID ███████

**Registrant Contact**

| | |
|---|---|
| Name: | chengguo ██ |
| Company: | |
| Email: | ████████ @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Technical Contact**

| | |
|---|---|
| Name: | chengguo ██ |
| Company: | |
| Email: | ████████ @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Administrative Contact**

| | |
|---|---|
| Name: | chengguo ██ |
| Company: | |
| Email: | ████████ @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Billing Contact**

| | |
|---|---|
| Name: | chengguo ██ |
| Company: | |
| Email: | ████████ @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

Reflex 022707

## Domain Information for Shopper ID [Redacted]

**Registrant Contact**

| | |
|---|---|
| Name: | chengguo |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | +86.13550587335 |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Technical Contact**

| | |
|---|---|
| Name: | chengguo |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | +86.13550587335 |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Administrative Contact**

| | |
|---|---|
| Name: | chengguo |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | +86.13550587335 |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

**Billing Contact**

| | |
|---|---|
| Name: | chengguo |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Anhui |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | +86.13550587335 |
| Fax: | |
| Modify Time: | 8/24/2018 1:46:24 AM |

Reflex 022707

# Contact Audit History

## secretarrangements.org

| Modified | Origin | Note |
|---|---|---|
| 8/24/2018 1:46:24 AM | RegAgentSvc: Successfully added contact | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:24 AM | RegAgentSvc: Successfully added contact | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:24 AM | RegAgentSvc: Successfully added contact | chengguo Redacted ?gmail.com Redacted |
| 8/24/2018 1:46:24 AM | RegAgentSvc: Successfully added contact | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:20 AM | Updated by epp_VerifyContactData_sp | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:20 AM | Updated by epp_VerifyContactData_sp | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:20 AM | Updated by epp_VerifyContactData_sp | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:20 AM | Updated by epp_VerifyContactData_sp | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:17 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1355977893 fulfillment;IP:P3PWGDCOMM007 | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:17 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1355977893 fulfillment;IP:P3PWGDCOMM007 | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:17 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1355977893 fulfillment;IP:P3PWGDCOMM007 | chengguo Redacted @gmail.com Redacted |
| 8/24/2018 1:46:17 AM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1355977893 fulfillment;IP:P3PWGDCOMM007 | chengguo REDACTED @gmail.com Redacted |

Reflex 022708

## Shopper Contact Audit for Shopper ID [Redacted]

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 5/28/2022 8:25:10 PM | Shopper | browser | state | Redacted | ▮ |
| 11/30/2020 9:20:05 PM | Shopper | browser | first_name | XW | K |
| 11/30/2020 9:20:05 PM | Shopper | browser | last_name | ▮ | Redacted |
| 11/30/2020 9:07:48 PM | Shopper | browser | country | ▮ | ▮ |
| 11/30/2020 9:07:48 PM | Shopper | browser | first_name | Eastwood | XW |
| 11/30/2020 9:07:48 PM | Shopper | browser | last_name | ▮ | ▮ |
| 11/30/2020 9:07:48 PM | Shopper | browser | state | Redacted | Redacted |
| 6/11/2014 4:17:48 AM | M1PWMYAW EB011.Shoppe rDataProvider | 198.2.234.122 | email | Redacted@masonsoft.com | Redacted@gmail.com |
| 2/14/2014 12:16:31 AM | BackfillShopp erPhones | M1PWSBEAP P001 | phone1 | Redacted | Redacted |
| 12/25/2013 9:41:39 PM | P3PWMYAW EB012.Shoppe rDataProvider | 174.139.106.2 02 | email | Redacted @qq.com | Redacted@masonsoft.com |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | city | | Redacted |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | country | | ▮ |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | email | Redacted | Redacted @qq.com |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | first_name | | Eastwood |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | last_name | | ▮ |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | phone1 | | REDACTED |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | state | | sichuang |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | street1 | | Nanchong |
| 7/11/2013 12:01:10 AM | SSOCreateSho pperSubmit-67664783 | 10.7.32.40 | zip | | 637000 |

Reflex 022709

# Legal Receipt for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Receipt ID: | 1545302817 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 8/25/2019 9:53:37 AM |
| Source Code: | ROHB from_app: wsc_dr |

## Shipping Information

chengguo ▓▓
Redacted
████████████
████████████████
████ @gmail.com

## Billing Information

chengguo ▓▓
██████████
███████████
████ @gmail.com

**Transaction Occurred as: United States Dollar (USD)**

*Payment 1: $121.85*

| | |
|---|---|
| Paid: | Credit Card |
| Processor: | Litle-GD |
| AVS Code: | E |
| Name: | Chengguo ▓▓ |
| Creditcard Number: | #############8288 |
| Creditcard Information: | Visa Exp. 2/2025 |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 12012-1 | .NET Domain Name Renewal - 1 Year (recurring) Length: 1 Year(s) Domain: sugardaddycandy.net | $19.99 | $19.99 | $0.18 | 1 | $0.00 | $20.17 |
| 2 | 12012-1 | .NET Domain Name Renewal - 1 Year (recurring) Length: 1 Year s Domain: secretarrangement.net | $19.99 | $19.99 | $0.18 | 1 | $0.00 | $20.17 |
| 3 | 12012-1 | .NET Domain Name Renewal - 1 Year (recurring) Length: 1 Year(s) Domain: lookingforsugardaddy.net | $19.99 | $19.99 | $0.18 | 1 | $0.00 | $20.17 |
| 4 | 12112-1 | .ORG Domain Name Renewal - 1 Year (recurring) Length: 1 Year s Domain: secretarrangements.org * One or more of this line item has been REFUNDED | $20.99 | $20.99 | $0.18 | 1 | $0.00 | $21.17 |
| 5 | 600589-1 | .SITE Tier 1 Domain Name Registration - Renewal - 1 Year Length: 1 Year(s) Domain: sugardaddyapps.site * One or more of this line item has been REFUNDED | $39.99 | $39.99 | $0.18 | 1 | $0.00 | $40.17 |

Reflex 022711

## Shopper Info for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Private Label ID: | 1 |
| Login Name: | Redacted |
| First Name: | king |
| Last Name: | Redacted |
| Company: | |
| Address1: | REDACTED |
| Address2: | |
| City: | sichuan |
| State/Prov: | sichuan |
| Postal Code: | 610000 |
| Country: | SG |
| Phone Work: | REDACTED |
| Phone Home: | |
| Mobile: | REDACTED |
| Fax: | |
| Email: | Redacted @qq.com |
| Date Created: | 12/17/2018 3:30:52 AM |
| Last Changed By Date: | 11/7/2022 1:15:46 AM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

Reflex 022313

## Domain List for Shopper ID Redacted

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| seekingarrangements.co.nz | 0 Active | 6/5/2019 | 6/5/2023 | 1503650983 |
| secretarrangements.org | 0 Active | 11/14/2019 | 11/14/2023 | 1586290345 |

Reflex 022314

CONFIDENTIAL

GD 000689

Exhibit 27, Page 740

## Domain Information for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Domain Name: | seekingarrangements.co.nz |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 4 |
| Create Date: | 6/5/2019 11:39:10 AM |
| Expiration Date: | 6/5/2023 11:39:10 AM |
| Update Date: | 5/16/2022 1:57:50 PM |
| Transfer Away Eligibility Date: | |
| Status: | 0 Active |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 5/24/2022 1:40:53 AM |
| Custom DNS: | Yes |
| Name Servers: | ns05.domaincontrol.com |
| | ns06.domaincontrol.com |
| Auto Renew: | No |
| Renew Period: | 0 |

## Domain Information for Shopper ID Redacted

### Registrant Contact

| | |
|---|---|
| Name: | li Redacted |
| Company: | |
| Email: | Redacted @qq.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | chengdu |
| State/Province: | Sichuan |
| Postal Code: | 610000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 6/5/2019 4:50:47 AM |

### Technical Contact

| | |
|---|---|
| Name: | li Redacted |
| Company: | |
| Email: | Redacted @qq.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | chengdu |
| State/Province: | Sichuan |
| Postal Code: | 610000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 6/5/2019 4:49:56 AM |

### Administrative Contact

| | |
|---|---|
| Name: | li Redacted |
| Company: | |
| Email: | Redacted @qq.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | chengdu |
| State/Province: | Sichuan |
| Postal Code: | 610000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 6/5/2019 4:52:21 AM |

### Billing Contact

| | |
|---|---|
| Name: | li Redacted |
| Company: | |
| Email: | Redacted @qq.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | chengdu |
| State/Province: | Sichuan |
| Postal Code: | 610000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 6/5/2019 4:52:22 AM |

# Domain Information for Shopper ID Redacted

## Registrant Contact

| | |
|---|---|
| Name: | Arrangement Seeking |
| Company: | Seeking.com |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Vaughan |
| State/Province: | Alberta |
| Postal Code: | L4J0A6 |
| Country: | Canada |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/19/2021 6:25:02 PM |

## Technical Contact

| | |
|---|---|
| Name: | Arrangement Seeking |
| Company: | Seeking.com |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Vaughan |
| State/Province: | Alberta |
| Postal Code: | L4J0A6 |
| Country: | Canada |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/19/2021 6:25:02 PM |

## Administrative Contact

| | |
|---|---|
| Name: | Arrangement Seeking |
| Company: | Seeking.com |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Vaughan |
| State/Province: | Alberta |
| Postal Code: | L4J0A6 |
| Country: | Canada |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/19/2021 6:25:02 PM |

## Billing Contact

| | |
|---|---|
| Name: | Arrangement Seeking |
| Company: | Seeking.com |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Vaughan |
| State/Province: | Alberta |
| Postal Code: | L4J0A6 |
| Country: | Canada |
| Phone: | REDACTED |
| Fax: | |
| Modify Time: | 8/19/2021 6:25:02 PM |

Reflex 022125

# Contact Audit History

**seekingarrangementtoronto.ca**

| Modified | Origin | Note |
|---|---|---|
| 8/19/2021 6:25:02 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1921728624 fulfillment;IP:P3PWGDCOMM003 | Arran_ement Seeking\|Seeking.com Redacted @gmail.com Redacted Redacted |
| 8/19/2021 6:25:02 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1921728624 fulfillment;IP:P3PWGDCOMM003 | Arran_ement Seekin_ Seeking.com Redacted @gmail.com Redacted Redacted |
| 8/19/2021 6:25:02 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1921728624 fulfillment;IP:P3PWGDCOMM003 | Arran_ement Seeking\|Seeking.com Redacted @gmail.com Redacted Redacted |
| 8/19/2021 6:25:02 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_sp;REQUESTEDBY:1921728624 fulfillment;IP:P3PWGDCOMM003 | Arran_ement Seeking\|Seeking.com Redacted @gmail.com Redacted Redacted |

Reflex 022126

# Domain Information for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Domain Name: | seekingarrangementloginin.com |
| Registrar: | GoDaddy.com, LLC |
| Registration Period: | 1 |
| Create Date: | 11/11/2021 11:03:28 PM |
| Expiration Date: | 11/11/2022 11:03:28 PM |
| Update Date: | 11/16/2022 6:42:19 PM |
| Transfer Away Eligibility Date: | |
| Status: | 77 Expired domain hold |
| Is Certified Domain: | False |
| Gaining Registrar Name: | GoDaddy.com, LLC |
| Transferred Away Date: | |
| Last Modified: | 11/30/2022 12:59:33 AM |
| Custom DNS: | Yes |
| Name Servers: | ns07.domaincontrol.com |
| | ns08.domaincontrol.com |
| Auto Renew: | No |
| Renew Period: | 0 |

Reflex 022127

CONFIDENIAL

GD 000502

Exhibit 27, Page 745

## Domain Information for Shopper ID Redacted

### Registrant Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | seekingarrangementloginin.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 5/5/2022 4:32:13 AM |

### Technical Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | seekingarrangementloginin.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 5/5/2022 4:32:13 AM |

### Administrative Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | seekingarrangementloginin.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 5/5/2022 4:32:13 AM |

### Billing Contact

| | |
|---|---|
| Name: | Registration Private |
| Company: | Domains By Proxy, LLC |
| Email: | seekingarrangementloginin.com@domainsbyproxy.com |
| Address 1: | DomainsByProxy.com |
| Address 2: | 2155 E Warner Rd |
| City: | Tempe |
| State/Province: | Arizona |
| Postal Code: | 85284 |
| Country: | United States |
| Phone: | +1.4806242599 |
| Fax: | +1.4806242598 |
| Modify Time: | 5/5/2022 4:32:13 AM |

Reflex 022128

# Custom DNS Entries

# seekingarrangementloginin.com

Shopper ID: Redacted

Domain Name: seekingarrangementloginin.com

| DNS Record Type | Record Name | Record Value | TTL |
|---|---|---|---|
| A | @ | PARKED | 600 |
| NS | @ | NS07.DOMAINCONTROL.COM. | 3600 |
| NS | @ | NS08.DOMAINCONTROL.COM. | 3600 |
| CNAME | WWW | @ | 3600 |
| CNAME | _DOMAINCONNECT | _DOMAINCONNECT.GD.DOMAINCONTROL.COM. | 3600 |
| SOA | @ | @ | 3600 |

Reflex 022129

# Contact Audit History

**seekingarrangementloginin.com**

| Modified | Origin | Note |
|---|---|---|
| 5/5/2022 4:32:13 AM | DBP Backfill | Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 5/5/2022 4:32:13 AM | DBP Backfill | Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 5/5/2022 4:32:13 AM | DBP Backfill | Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 5/5/2022 4:32:13 AM | DBP Backfill | Registration\|Private\|Domains By Proxy, LLC\|DBP@domainsbyproxy.com\|DomainsByProxy.com\|2155 E Warner Rd\|\|Tempe\|Arizona\|85284\|United States\|+1.4806242599\|+1.4806242598\| |
| 11/11/2021 9:03:22 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:1936456472 fulfillment;IP:P3PWGDCOMM003 | Teemo Redacted @gmail.com Redacted |
| 11/11/2021 9:03:22 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:1936456472 fulfillment;IP:P3PWGDCOMM003 | Teemo Redacted @gmail.com Redacted |
| 11/11/2021 9:03:22 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:1936456472 fulfillment;IP:P3PWGDCOMM003 | Teemo Redacted @gmail.com Redacted |
| 11/11/2021 9:03:22 PM | Domain Registration - Contact. : Updated by:ppp_writeDomainRegistration_ sp;REQUESTEDBY:1936456472 fulfillment;IP:P3PWGDCOMM003 | Teemo Redacted @gmail.com Redacted |

Reflex 022130

GD 000505

Exhibit 27, Page 748

# Shopper Contact Audit for Shopper ID Redacted

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 4/8/2018 10:27:39 PM | Shopper | 67.229.79.29 | first_name | Gary | Teemo |
| 4/8/2018 10:27:39 PM | Shopper | 67.229.79.29 | last_name | ▮ | ▮ |
| 4/8/2018 10:27:39 PM | Shopper | 67.229.79.29 | mobilePhone | | Redacted |
| 6/13/2017 6:46:22 PM | Shopper | 59.188.229.136 | email | Redacted@gmail.com | Redacted @gmail.com |
| 6/13/2017 6:46:22 PM | Shopper | 59.188.229.136 | phone1 | Redacted | REDACTED |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | city | | MY |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | country | | cn |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | first_name | | Gary |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | last_name | | ▮ |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | phone1 | | REDACTED |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | state | | 51 |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | street1 | | REDACTED |
| 2/21/2017 7:42:59 PM | gdPostPurchase.StoreShopperInfo | 72.52.116.240 | zip | | 610000 |
| 2/21/2017 7:25:21 PM | CentralAuth | GoDaddy Internal IP | email | Redacted | Redacted@gmail.com |

Reflex 022131

# Legal Receipt for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Receipt ID: | 1936456472 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 11/11/2021 9:03:20 PM |
| Source Code: | AAAAAAA |

## Shipping Information

Teemo
REDACTED
MY, 51 610000 cn
Daytime Phone: REDACTED
Redacted @gmail.com
IP:          198.12.128.3::https://cart.godaddy.com/pa
             yapi

## Billing Information

Teemo
REDACTED
MY, 51 610000 CN
Daytime Phone: REDACTED
Redacted @gmail.com

**Transaction Occurred as: Chinese Yuan (CNY)**

*Payment 1: ¥164.00*

| | |
|---|---|
| Paid: | Alipay (Trans ID: 3526366897309196) |
| Processor: | Adyen-GD_CNY |
| Type: | Alipay |
| Processor: | Adyen-GD_CNY |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: seekingarrangementloginin.com This is a service item. | ¥119.00 | ¥80.83 | ¥1.17 | 1 | ¥0.00 | ¥82.00 |
| 2 | 101-1 | .COM Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: seekingarrangement-reviews.com This is a service item. | ¥119.00 | ¥80.83 | ¥1.17 | 1 | ¥0.00 | ¥82.00 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| ¥164.00 | ¥0.00 | ¥0.00 | ¥164.00 |

Reflex 022132

# Legal Receipt for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Receipt ID: | 1921728624 |
| ProgId: | GoDaddy |
| SiteUrl: | http://registrar.godaddy.com |
| Date (Local AZ): | 8/19/2021 6:24:58 PM |
| Source Code: | RPFBFHP |

## Shipping Information

Teemo
REDACTED
MY, 51 610000 cn
Daytime Phone: REDACTED
Redacted @gmail.com
IP: 127.0.0.1::https://cart.godaddy.com/payapi

## Billing Information

Teemo
REDACTED
MY, 51 610000 cn
Daytime Phone: REDACTED
Redacted @gmail.com

**Transaction Occurred as: Chinese Yuan (CNY)**

*Payment 1: ¥77.13*

| | |
|---|---|
| Paid: | AliPay (Trans ID: 20294808616) |
| Processor: | AliPay-GD_CNY |
| Type: | AliPay |
| Processor: | AliPay-GD_CNY |
| Alipay Ref#: | 1921728624_I_¥77.13_CNY |

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

| Row | Label | Name | Unit Price | Today's Price | ICANN Fee | Qty | Extra Disc. | Total Price |
|---|---|---|---|---|---|---|---|---|
| 1 | 9405-1 | .CA Domain Name Registration - 1 Year (recurring) Length: 1 Year(s) Domain: seekingarrangementtoronto.ca This is a service item. | ¥110.18 | ¥110.18 | ¥0.00 | 1 | ¥33.05 | ¥77.13 |

| Subtotal | Shipping & Handling | Tax | Total |
|---|---|---|---|
| ¥77.13 | ¥0.00 | ¥0.00 | ¥77.13 |

Reflex 022133

## Domain List for Shopper ID Redacted

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| seekingarrangementperth.com.au | 0 Active | 4/13/2018 | 4/13/2023 | 1293321852 |
| seekingarrangementbrisbane.com.au | 36 Ownership Changed | 4/13/2018 | 4/13/2021 | 1293327638 |
| seekingarrangementsite.com.au | 0 Active | 4/20/2018 | 4/20/2023 | 1296638720 |
| seekingarrangementmontreal.ca | 0 Active | 4/28/2018 | 4/28/2023 | 1300546640 |
| seekingarrangementcalgary.ca | 0 Active | 4/28/2018 | 4/28/2023 | 1300547443 |
| seekingarrangementvancouver.ca | 0 Active | 4/28/2018 | 4/28/2023 | 1300547443 |
| seekingarrangementadelaide.com.au | 8 Cancelled | 8/16/2021 | 8/16/2022 | 1919382588 |
| seekingarrangementtoronto.ca | 8 Cancelled | 8/20/2021 | 8/20/2022 | 1921728624 |
| seekingarrangementloginin.com | 77 Expired domain hold | 11/11/2021 | 11/11/2022 | 1936456472 |

Reflex 022101

CONFIDENTIAL

Exhibit 27, Page 752

## Shopper Info for Shopper ID Redacted

| | |
|---|---|
| Shopper ID: | Redacted |
| Private Label ID: | 1 |
| Login Name: | stone520184 |
| First Name: | Phoebe |
| Last Name: | Redacted |
| Company: | |
| Address1: | REDACTED |
| Address2: | |
| City: | nanchong |
| State/Prov: | sichuan |
| Postal Code: | 637000 |
| Country: | cn |
| Phone Work: | REDACTED |
| Phone Home: | |
| Mobile: | |
| Fax: | |
| Email: | Redacted@qq.com |
| Date Created: | 3/21/2015 12:19:37 AM |
| Last Changed By Date: | 5/26/2022 7:47:14 PM |
| Fraud: | Verified by Fraud Dept - Customer OK |
| Twitter Handle: | |

Reflex 021626

Exhibit 27, Page 753

# Domain List for Shopper ID Redacted

| Domain Name | Status | Created | Expires | Order ID |
|---|---|---|---|---|
| sugarbabywebsite.com | 8 Cancelled | 2/12/2015 | 2/12/2021 | 892950535 |
| seeking-arrangement-com.com | 8 Cancelled | 1/24/2016 | 1/24/2021 | 928371200 |
| seekingarrangementloginin.com | 8 Cancelled | 1/24/2016 | 1/24/2021 | 928776609 |
| seekingarrangementdatingwebsite.com | 8 Cancelled | 2/7/2016 | 2/7/2020 | 934298445 |
| seekinganarrangementlogin.com | 8 Cancelled | 7/8/2016 | 7/8/2021 | 998105337 |
| seeking-arrangementcom.com | 8 Cancelled | 11/9/2016 | 11/9/2021 | 1049159971 |
| seekinganarrangement.biz | 8 Cancelled | 11/27/2016 | 11/26/2019 | 1057623757 |
| seeking-arrangements.co.uk | 8 Cancelled | 11/29/2016 | 11/29/2021 | 1057626845 |
| seekingarrangementaustralia.com | 8 Cancelled | 11/30/2016 | 11/30/2021 | 1059292656 |
| seekingarrangementcom.com | 8 Cancelled | 12/27/2016 | 12/27/2020 | 1063874632 |
| seeking-arrangementscom.com | 8 Cancelled | 1/8/2017 | 1/8/2021 | 1075075556 |
| seeking-arrangements-com.com | 8 Cancelled | 1/8/2017 | 1/8/2021 | 1075075556 |
| seekingarrangements-com.com | 8 Cancelled | 1/8/2017 | 1/8/2021 | 1075075556 |
| seekingarrangementscom.com | 8 Cancelled | 1/8/2017 | 1/8/2021 | 1075075556 |
| seekingarrangements-officialsite.com | 8 Cancelled | 7/23/2017 | 7/23/2020 | 1164871088 |
| seekingarrangementnz.com | 8 Cancelled | 4/16/2018 | 4/16/2021 | 1282499770 |
| seeking-arrangement.us | 8 Cancelled | 11/1/2018 | 11/1/2021 | 1391096707 |

Reflex 021627

CONFIDENTIAL

Exhibit 27, Page 754

# Domain Information for Shopper ID Redacted

## Registrant Contact

| | |
|---|---|
| Name: | Jessica Redacted |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED n |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Sichuan |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | REDACTED |
| Modify Time: | 7/15/2016 2:20:27 AM |

## Technical Contact

| | |
|---|---|
| Name: | Jessica Redacted |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Sichuan |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | REDACTED |
| Modify Time: | 7/15/2016 2:20:28 AM |

## Administrative Contact

| | |
|---|---|
| Name: | Jessica Redacted |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Sichuan |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | REDACTED |
| Modify Time: | 7/15/2016 2:20:28 AM |

## Billing Contact

| | |
|---|---|
| Name: | Jessica Redacted |
| Company: | |
| Email: | Redacted @gmail.com |
| Address 1: | REDACTED |
| Address 2: | |
| City: | Nanchong |
| State/Province: | Sichuan |
| Postal Code: | 637000 |
| Country: | China |
| Phone: | REDACTED |
| Fax: | REDACTED |
| Modify Time: | 7/15/2016 2:20:29 AM |

CONFIDENTIAL   GD 000147   Exhibit 27, Page 755

# Shopper Contact Audit for Shopper ID Redacted

| Change Date | Requested By | IP Address | Value Changed | Previous Value | Changed To |
|---|---|---|---|---|---|
| 9/26/2020 6:33:59 PM | Shopper | browser | first_name | Grace | Jessica |
| 9/26/2020 6:33:59 PM | Shopper | browser | state | Redacted | |
| 1/3/2019 7:45:13 PM | Shopper | 66.42.118.79 | first_name | Jessica | Grace |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | city | | Nanchong |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | country | | CN |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | fax | | REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | first_name | | Jessica |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | last_name | | REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | mobilePhone | | +86.1 REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | phone1 | | REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | phone2 | | REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | state | | Sichuan |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | street1 | | REDACTED |
| 6/29/2015 2:30:22 AM | P3PWMYAW EB009.Shoppe rDataProvider | 173.208.107.1 82 | zip | | 637000 |
| 6/23/2015 7:03:56 PM | CentralAuth | GoDaddy Internal IP | email | 106880273 | Redacted @gmail.com |

CONFIDENTIAL

# Legal Receipt for Shopper ID Redacted

Shopper ID:          Redacted

Receipt ID:          1694978057

ProgId:              GoDaddy

SiteUrl:             http://registrar.godaddy.com

Date (Local AZ):     5/31/2020 9:10:59 PM

Source Code:         0000

## Shipping Information

Grace Redacted

REDACTED

Nanchong, Sichuan 637000 CN

Daytime Phone: REDACTED

Evening Phone: REDACTED

Fax: +86.13096135840

Redacted          @gmail.com

IP:                  127.0.0.1::https://payment.api.godaddy.com/payapi

## Billing Information

Grace Redacted

REDACTED

Nanchong, Sichuan 637000 CN

Daytime Phone: REDACTED

Evening Phone: REDACTED

Fax: +86.13096135840

Redacted          @gmail.com

**Transaction Occurred as: Chinese Yuan (CNY)**

*Payment 1: ¥987.27*

Paid:                AliPay (Trans ID: 10851658473)

Processor:           AliPay-GD_CNY

Type:                AliPay

Processor:           AliPay-GD_CNY

Alipay Ref#:         1694978057_I_¥987.27_CNY

Our Charges will appear on their credit card statement in the name "GODADDY.COM"

Reflex 021781

## CERTIFICATE OF AUTHENTICITY
## OF
## BUSINESS RECORDS

I, Kimberly A. Groff, declare that I am employed by GoDaddy.com, LLC, and that my office title or position is Admin-Legal III.  I further declare that I am a custodian of records of said business and that each of the records attached hereto is the original or a duplicate (exact photocopy) of an original record in the custody of GoDaddy.com, LLC.

I further state that:

1.    Such records were made, at or near the times of the occurrence of the matters set forth by (or from information transmitting by) a person with knowledge of those matters;

2.    such records are kept in the course of a regularly conducted business activity;

3.    the business activity made such records as a regular practice; and

4.    if such records are not the originals, such records are duplicates of the originals.

I declare under penalty of perjury the forgoing is true and correct.

Dated this ___14th___ day of December 2022.

Kimberly A. Groff
Legal-Admin III
GoDaddy.com, LLC.
2155 E. GoDaddy Way
Tempe, AZ 85284

Reflex 021625

Exhibit 27, Page 758