UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>SUCCESSFULMATCH.COM, et al.,<br><br>    Defendants. | Case No.  20-cv-06393-JD<br><br>**VOIR DIRE** |

The Court will ask these in-court voir dire questions at the August 19, 2025 jury selection, which are in addition to the written juror questionnaire responses.  The in-court questions are based on the parties' submission, Dkt. No. 218, and the Court's practice.

The parties are directed to bring on August 19, 2025, an updated, joint list of witnesses to be used for voir dire.  Any objections or concerns to the proposed voir dire will be taken up the morning of August 19, 2025, before the prospective jurors are brought into the courtroom.

**IT IS SO ORDERED.**

Dated: August 18, 2025

JAMES DONATO
United States District Judge

**VOIR DIRE QUESTIONS**

1. Counsel for plaintiffs will introduce themselves and their clients.
    a. Do you know any of the attorneys?
    b. Do you know any of the plaintiffs?
    c. Are you personally acquainted with an officer, director, or employee of Clover8 Investments PTE LTD. or Reflex Media, Inc.?
    d. Have you or anyone close to you had any financial dealings with Clover8 Investments PTE LTD. or Reflex Media, Inc., including stock ownership or investment?
    e. Reflex Media, Inc.'s predecessor in interest is InfoStream Group, Inc.
        i. Are you personally acquainted with an officer, director, or employee of InfoStream Group, Inc.?
        ii. Have you or anyone close to you had any financial dealings with InfoStream Group, Inc., including stock ownership or investment?
2. Counsel for defendants will introduce themselves and their clients.
    a. Do you know any of the attorneys?
    b. Do you know any of the defendants?
    c. Are you personally acquainted with an officer, director, or employee of SuccessfulMatch.com or Successful Match Canada, Inc.?
    d. Have you or anyone close to you had any financial dealings with SuccessfulMatch.com or Successful Match Canada, Inc., including stock ownership or investment?
3. Here is a list of potential witnesses who may testify at trial. Do you know any of these people?
4. Do you or anyone close to you have experience, education, or training in intellectual property law?
5. Do you speak or understand Mandarin Chinese?

6. Certain of the websites at issue in this case may be used in relation to "sugar" or "luxury" dating, which is defined as a relationship between an older, wealthier person who provides gifts or money to a younger person in exchange for companionship.  Do you have any strong positive or negative feelings or beliefs about sugar or luxury dating?

7. Have you read or heard anything about this case other than what you've heard here today?

8. Do you have any difficulty understanding English, or reading documents in English?

9. Is there anything I have not asked you about that you believe could affect your ability to serve as a fair and impartial juror for this trial?