UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REFLEX MEDIA, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>SUCCESSFULMATCH.COM, et al.,<br><br>　　　　　Defendants. | Case No. 20-cv-06393-JD<br><br>**VERDICT FORM** |

When answering the following questions and filling out this Verdict Form, please follow the directions provided throughout the form. Your verdict must be unanimous.

We, the jury, return these answers as our unanimous verdict in this case:

### Service Mark Infringement

**Question No. 1:**

Did Clover8 Investments PTE LTD ("Clover8") prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants SuccesfulMatch.com and Qiang (Jason) Du infringed any of Clover8's service marks?

Please answer for each defendant and for each mark below:

| SERVICE MARK | Defendant: SuccessfulMatch.com | | Defendant: Qiang (Jason) Du | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| SEEKING ARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT.COM | ✓ | | | ✓ |
| SEEKING | ✓ | | | ✓ |
| SEEKING.COM | ✓ | | | ✓ |

**Continue to Question 2.**

### Inducing Infringement of Service Mark

**Question No. 2:**

Did Clover8 prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants induced the infringement of any of Clover8's service marks?

Please answer for each defendant and for each mark below:

| SERVICE MARK | Defendant: SuccessfulMatch.com | | Defendant: Qiang (Jason) Du | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| SEEKING ARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT.COM | ✓ | | | ✓ |
| SEEKING | ✓ | | | ✓ |
| SEEKING.COM | ✓ | | | ✓ |

**Continue to Question 3.**

3

## Contributory Infringement of Service Mark

**Question No. 3:**

Did Clover8 prove, by a preponderance of the evidence and in accordance with the instructions given to you, that defendants contributed to the infringement of any of Clover8's service marks?

Please answer for each defendant and for each mark below:

| SERVICE MARK | Defendant: SuccessfulMatch.com | | Defendant: Qiang (Jason) Du | |
|---|---|---|---|---|
| | YES | NO | YES | NO |
| SEEKING ARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT | ✓ | | | ✓ |
| SEEKINGARRANGEMENT.COM | ✓ | | | ✓ |
| SEEKING | ✓ | | | ✓ |
| SEEKING.COM | ✓ | | | ✓ |

You have now reached the end of the verdict form and should review it to ensure it accurately reflects your unanimous determinations. The Presiding Juror should then sign and date the verdict form in the spaces below and notify the courtroom deputy that you have reached a verdict. The Presiding Juror should retain possession of the verdict form and bring it when the jury is brought back into the courtroom.

DATED: 08/26/25           Signed:

*Ashley White*
Presiding Juror